# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA

ANTHONY JAMES PACK and )
KATHERINE E. PACK )
)
       Plaintiffs )
) **Case No.:** 19-cv-503
       v. )
) **COMPLAINT AND DEMAND FOR**
THOR MOTOR COACH ) **JURY TRIAL**
)
       Defendant )
) **(Lemon Law/Breach of Warranty Claim)**

## COMPLAINT

ANTHONY JAMES PACK AND KATHERINE E. PACK, (Plaintiffs"), by their

attorney, TIMOTHY ABEEL & ASSOCIATES, P.C., alleges the following against THOR

MOTOR COACH, ("Defendant"):

## INTRODUCTION

1.  Plaintiffs, Anthony James Pack and Katherine E. Pack, are adult individual citizens and

legal residents of the Commonwealth of Pennsylvania, residing at 1920 Landis Road, Eagleville,

PA 19403.

2.  Defendant, Thor Motor Coach, is a corporation qualified to do and regularly conducts

business in the Commonwealth of Pennsylvania, with its address and principal place of business

located at 701 County Road 15, Elkhart, IN 46516, and can be served at this address.

- 1 -

## JURISDICTION AND VENUE

3.      Jurisdiction of this court arises pursuant to 28 U.S.C. §1332 as the amount in controversy exceeds $75,000.00, exclusive or interest and costs and the parties are citizens of different states and citizens of a foreign states.

4.      Venue is proper pursuant to 28 U.S.C. § 1391(b)(2).

## FACTUAL ALLEGATIONS

5.  On or about March 20, 2017, Plaintiffs purchased a new 2017 Challenger 37TB A Riverside, manufactured and warranted by Defendants, bearing the Vehicle Identification Number 1F66F5DY6H0A09290.

6.  The vehicle was purchased in the Commonwealth of Pennsylvania and is registered in the Commonwealth of Pennsylvania.

7.  The contract price of the vehicle, including registration charges, document fees, sales tax, but excluding other collateral charges not specified, yet defined by the Lemon Law, totaled more than $117,869.00.  A true and correct copy of the contract is attached hereto, made a part hereof, and marked Exhibit "A".

8.  In consideration for the purchase of said vehicle, Defendant issued to Plaintiffs several warranties, guarantees, affirmations or undertakings with respect to the material or workmanship of the vehicle and/or remedial action in the event the vehicle fails to meet the promised specifications.

9.  The above-referenced warranties, guarantees, affirmations or undertakings are/were part of the basis of the bargain between Defendant and Plaintiffs.

10. The parties' bargain includes an express 3-year / 36,000 mile warranty, as well as other guarantees, affirmations and undertakings as stated in Defendants' warranty materials and owner's manual.

11. However, as a result of the ineffective repair attempts made by Defendant through their authorized dealer(s), the vehicle is rendered substantially impaired, unable to be utilized for its intended purposes, and is worthless to Plaintiffs.

12. The first documented warranty repair attempt is believed to have occurred on or before May 08, 2017, when the vehicle odometer showed 891 miles.  On that date, repair attempts were made to the rear black tank flush not connected, mid black tank leaks, reefer water not hooked up, rear black sensor inoperative, mid black tank sensor switched with the gray tank, electric cord cover broken, compartment light in the wet bay inoperative, both toilets leaking, and the automatic generator start module not working properly.  A true and correct copy of the repair invoice is attached hereto, made a part hereof and marked Exhibit "B".

13. The second documented warranty repair attempt is believed to have occurred on or before July 20, 2017, when the vehicle odometer showed approximately 1,954 miles.  On that date, repair attempts were made to the drop down bunk inoperative at times, outside TV not getting reception, shower leaking, chassis battery cable loose and corroded, bathroom window not closing, water puddling in the compartment behind the rear wheels, right side bottom ladder mount weld is breaking, A/C not cooling, entry step inoperative, and the LED strip under headlamps inoperative.  A true and correct copy of the repair invoice is attached hereto, made a part hereof and marked Exhibit "C".

PLAINTIFF'S COMPLAINT

14. The third documented warranty repair attempt is believed to have occurred on or before August 08, 2017, when the vehicle odometer showed approximately 1,954 miles. On that date, repair attempts were made to drop down bunk inoperative intermittently, a loose wire under the hood ultimately losing power to the steps, back up camera, cab fans and the radio. This repair invoice has been left open. A true and correct copy of the repair invoice is attached hereto, made a part hereof and marked Exhibit "D".

15. The fourth documented warranty repair attempt is believed to have occurred on or before August 31, 2017. On that date, repair attempts were made to the generator light staying on, hour meter going up but now not counting hours, wire still loose at the fuse box, and sparks coming from the fuse box area. A true and correct copy of the repair invoice is attached hereto, made a part hereof and marked Exhibit "E".

16. The fifth documented warranty repair attempt is believed to have occurred on or before November 07, 2017, when the vehicle odometer showed 4,301 miles. On that date, repair attempts were made to the driver's side front slide not working easily, entry door bottom lock inoperative, passenger side rear compartment door latch sticking, rear cap trim pulling away from side wall, rear slide trim bubbling/warped, driver's side second compartment door latch sticking, compartment door second in front of rear axle latch sticking, bubbling in the floor near the dinette, tear in the floor under the bed, bulge in the floor in front of the bunk room when the slide is out, vertical trim at front cap seam pulling away, radio screen going blank while driving intermittently, the slide seal behind driver's seat coming down, rear black tank flush valve leaking outside at hook up, and the wet bay city water connection leaks at use. A true and correct copy of the repair invoice is attached hereto, made a part hereof and marked Exhibit "F".

PLAINTIFF'S COMPLAINT

17. The sixth documented warranty repair attempt is believed to have occurred on or before February 28, 2018, when the vehicle odometer showed 4,301 miles.  On that date, repair attempts were made to the dash radio works without the generator on and the driver's side compartment not staying latched.  A true and correct copy of the repair invoice is attached hereto, made a part hereof and marked Exhibit "G".

18. The vehicle continues to exhibit defects and nonconformities which substantially impair its use, value and/or safety as provided in 73 P.S. §1951 et seq.  A true and correct copy of an additional  repair invoice is attached hereto, made a part hereof and marked Exhibit "H".

## COUNT I
## DEFENDANT VIOLATED THE
## MAGNUSON-MOSS (FTC) WARRANTY IMPROVEMENT ACT

19. Plaintiffs hereby incorporate all facts and allegations set forth in this Complaint by reference as if fully set forth at length herein.

20. Plaintiffs have or may have resorted to Defendant's informal dispute settlement procedure, to the extent said procedure complies with 16 CFR 703.

21. Plaintiffs aver that the Federal Trade Commission (FTC) has determined that no automobile manufacturer complies with 16 CFR 703. See, Fed. Reg. 15636, Vol. 62, No. 63 (Apr. 2, 1997).

22. Plaintiffs are "Consumers" as defined by 15 U.S.C. §2301(3).

23. Defendant is a "supplier", "warrantor", and "service contractor" as defined by 15 U.S.C. § 2301 (4),(5) and (8).

24. The subject vehicle is a "consumer product" as defined by 15 U.S.C. § 2301(1).

25. By the terms of its written warranties, affirmations, promises, or service contracts, Defendant agreed to perform effective repairs at no charge for parts and/or labor.

26. The Magnuson-Moss Warranty Improvement Act requires Defendant to be bound by all warranties implied by state law. Said warranties are imposed on all transactions in the state in which the vehicle was delivered.

27. Defendant has made attempts on several occasions to comply with the terms of its express warranties; however, such repair attempts have been ineffective.

28. The Magnuson-Moss Warranty Improvement Act, 15 U.S.C. §2310(d)(2) provides:

> If a consumer finally prevails on an action brought under paragraph (1) of this subsection, he may be allowed by the court to recover as part of the judgment a sum equal to the amount of aggregate amount of costs and expenses (including attorney fees based upon actual time expended), determined by the court to have been reasonably incurred by the Plaintiff for, or in connection with the commencement and prosecution of such action, unless the court, in its discretion shall determine that such an award of attorney's fees would be inappropriate.

29. Plaintiffs have afforded Defendant a reasonable number of opportunities to conform the vehicle to the aforementioned express warranties, implied warranties and contracts.

30. As a direct and proximate result of Defendant's failure to comply with the express written warranties, Plaintiffs have suffered damages and, in accordance with 15 U.S.C. §2310(d)(1), Plaintiffs are entitled to bring suit for such damages and other legal and equitable relief.

31. Defendant's failure is a breach of Defendant's contractual and statutory obligations constituting a violation of the Magnuson-Moss Warranty Improvement Act, including but not limited to: breach of express warranties; breach of implied warranty of merchantability; breach of implied warranty of fitness for a particular purpose; breach of contract; and constitutes an Unfair Trade Practice.

32. Plaintiffs aver that Defendant's warranty was not provided to Plaintiffs until after the vehicle was delivered, making any and all limitations, disclaimers and/or alternative dispute provisions ineffective for a failure of consideration.

33. Plaintiffs aver Defendant's Dispute Resolution Program was not in compliance with 16 CFR 703 for the model year of the subject vehicle.

34. Plaintiffs aver that Defendant's warranty did not require Plaintiffs to first resort to a Dispute Resolution Program before filing suit.

35. Plaintiffs aver that upon successfully prevailing upon the Magnuson-Moss claim herein, all attorney fees are recoverable and are demanded against Defendant.

WHEREFORE, Plaintiffs respectfully demands judgment against Defendant in an amount equal to the price of the subject vehicle, plus all collateral charges, incidental and consequential damages, reasonable attorneys' fees, and all court costs.


## COUNT II
## DEFENDANTS VIOLATED THE
## PENNSYLVANIA UNFAIR TRADE PRACTICES
## ANDCONSUMER PROTECTION LAW

36. Plaintiffs hereby incorporate all facts and allegations set forth in this Complaint by reference as if fully set forth at length herein.

37. Plaintiffs are "Persons" as defined by 73 P.S. §201-2(2).

38. Defendant is a "Person" as defined by 73 P.S. §201-2(2).

39. Section 201-9.2(a) of the Act authorizes a private cause of action for any person "who purchases or leases goods or services primarily for personal, family or household purposes."

40. Section 1961 of the Pennsylvania Automobile Lemon Law, provides that a violation of its provisions shall automatically constitute a violation of the Pennsylvania Unfair Trade Practices and Consumer Protection Act, 73 P.S. 201-1 et seq.

41. In addition, the Pennsylvania Unfair Trade Practices and Consumer Protection Act, 73 P.S. §201-2(4), defines "unfair or deceptive acts or practices" to include the following conduct:

> (vii).   Representing that goods or services are of a particular standard, quality or grade, or that goods are of a particular style or model, if they are of another;

> (xiv).   Failing to comply with the terms of any written guarantee or warranty given to the buyer at, prior to, or after a contract for the purchase of goods or services is made;

> (xv).   Knowingly misrepresenting that services, replacements or repairs are needed if they are not needed;

> (xvi).   Making repairs, improvements or replacements on tangible, real or personal property of a nature or quality inferior to or below the standard of that agreed to in writing;

> (xvii).  Engaging in any other fraudulent or deceptive conduct which creates a likelihood of confusion or of misunderstanding.

42. Plaintiffs aver Defendant has violated these, as well as other provisions, of 73 P.S. §201-2 et seq.

43. Section 201-3.1 of the Act provides that the Automotive Industry Trade Practice rules and regulations adopted by the Attorney General for the enforcement of this Act shall constitute additional violations of the Act.

44. Defendant's conduct surrounding the sale and servicing of the subject vehicle falls within the aforementioned definitions of "unfair or deceptive acts or practices."

45. The Act also authorizes the Court, in its discretion, to award up to three (3) times the actual damages sustained for violations.

WHEREFORE, Plaintiffs, ANTHONY JAMES PACK AND KATHERINE E. PACK, respectfully prays for a judgment as follows:

a. For a trial by jury on all issues except the determination of reasonable attorney's fees and costs and the determination of which damages shall be trebled, which are reserved for determination by the Court in the event that Plaintiffs prevails at a trial on the merits;

b. The "full purchase price" of the vehicle, collateral charges, incidental and consequential damages under all Counts above;

c. Judgment against Defendant in an amount equal to three times Plaintiffs' actual damages under Count IV;

d. Costs, including expert witness fees and reasonable attorney's fees; and

e. For such other relief as this Honorable Court deems just and proper

1
2
## DEMAND FOR JURY TRIAL
3
4
PLEASE TAKE NOTICE that Plaintiffs, ANTHONY JAMES PACK AND
5
6
KATHERINE E. PACK, demand a jury trial in this case.
7
8
RESPECTFULLY SUBMITTED,
9
10
TIMOTHY ABEEL & ASSOCIATES, P.C.
11
12
13
By: /s/ Timothy J. Abeel, Esquire
14
Timothy J. Abeel, Esquire
15
Attorney for Plaintiffs
16
Attorney ID #209961
17
25 Regency Plaza
18
Glen Mills, PA 19342
19
(484) 800-8432
20
21
22
23
24
25

- 10 -

## CERTIFICATE OF SERVICE

I hereby certify that on this ___ day of January, 2019, a copy of the foregoing document was sent via Federal Express. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All parties that have been served are listed below and will be served by regular U.S. Mail, first-class, postage pre-paid. Parties may access this filing through the Court's electronic filing system.

**Thor Motor Coach**
**701 County Road 15**
**Elkhart, IN 46516**

Respectfully submitted,

TIMOTHY ABEEL & ASSOCIATES, P.C.

By: _____
    Timothy J. Abeel, Esquire
    Attorney for Plaintiffs
    Identification No. 209961
    Timothy Abeel & Associates, P.C.
    25 Regency Plaza
    Glen Mills, PA 19342
    (484) 800-8432
    tim@timothyabeel.com

Date: _____

- 11 -

PLAINTIFF'S COMPLAINT

# EXHIBIT "A"

RV'S AND MARINE
An (ESOP) Employee Owned Company
610/399-3828 ° 1335 Wilmington Pike
WEST CHESTER, PENNSYLVANIA 19382

**BUYER(S)** ANTHONY JAMES PECK   AND   KATHERINE E PECK

**ADDRESS** 1920 LANDIS RD EAGLEVILLE, PA 19403

| | | |
|---|---|---|
| **SALESPERSON** Chris SMITH | **LIC. NO.** | **COUNTY** MONTGOMERY |
| | **RES. PHONE** (484) 686-9060 | **BUS. PHONE** |
| **DATE** 4/8/2017 |

| | | | | |
|---|---|---|---|---|
| **YEAR** 2017 | **MAKE** CHALLENGER | **MODEL** 37TB | **APPROXIMATE** L 38 W YEAR | **STOCK NUMBER** 32147 |
| **CHASSIS MAKE & MODEL** | **SERIAL NUMBER** 1F6GF5DY6H0A09290 | | | **GROSS VEHICLE WT.** |

| | | | | |
|---|---|---|---|---|
| ☒ **NEW** ☐ **USED** | **COLOR** RIVERSIDE | **SERIAL NUMBER** CHX37TB0024111 | **PROPOSED DELIVERY DATE** 3/25/2017 | **ODOMETER READING** 783 |

**INSURANCE AGAINST LIABILITY FOR BODILY INJURY OR PROPERTY DAMAGE TO OTHERS IS NOT INCLUDED IN THIS TRANSACTION.**

**OPTIONAL EQUIPMENT, LABOR AND ACCESSORIES**

Orientation
Wash & Clean
Certified funds at delivery
Chassis Check
PA
Pdi

**TITLE APPLICATION INFORMATION**

| | PRINCIPAL BUYER | CO-BUYER |
|---|---|---|
| DATE OF BIRTH | | |
| DRIVER'S LIC. # | | |
| SOCIAL SEC. # | | |

| | | |
|---|---|---|
| **BASE PRICE OF UNIT** | $ | 125000.00 |
| OPTIONAL EQUIPMENT | | N/A |
| | | N/A |
| **SUB-TOTAL** | $ | 125000.00 |
| | | N/A |
| | | N/A |
| | | N/A |
| **SALES TAX (If State Required)** | | 7500.00 |
| **CASH PURCHASE PRICE** | $ | 132500.00 |
| TRADE-IN ALLOWANCE | $ N/A | |
| LESS BAL. DUE ON ABOVE | $ N/A | |
| NET ALLOWANCE | $ N/A | |
| CASH DOWN PAYMENT | $ 1000.00 | |
| CASH AS AGREED | $ 13991.43 | |
| **LESS TOTAL CREDITS** | $ | 14991.43 |
| **SUB-TOTAL** | $ | 117508.57 |
| | | N/A |
| NON-TAXABLE ITEMS | | N/A |
| VARIOUS FEES AND INSURANCE | | 225.43 |
| (Explain) Dealer Admin Fees | | 134.00 |
| | | N/A |
| SALES TAX (If Not Included Above) | | N/A |
| **UNPAID BALANCE OF CASH SALE PRICE** | $ | 117868.00 |

Includes all manufacturer incentives.

**BALANCE CARRIED TO OPTIONAL EQUIPMENT** $ N/A

| | | | | |
|---|---|---|---|---|
| **DESCRIPTION OF TRADE-IN MODEL & YEAR** | | **SIZE** x **CHASSIS MAKE** | **MAKE** | |
| **ODOMETER READING** | **UNIT SERIAL NO.** | | **TITLE NO.** | **SERIAL NO.** |
| **AMOUNT OWING TO WHOM** N/A | | | | |

ANY DEBT BUYER OWES ON TRADE-IN IS TO BE PAID BY ☐ DEALER   ☐ BUYER

**IT IS MUTUALLY UNDERSTOOD THAT THIS AGREEMENT IS SUBJECT TO NECESSARY CORRECTIONS AND ADJUSTMENTS CONCERNING CHANGES IN NET PAYOFF ON TRADE-IN TO BE MADE AT THE TIME OF SETTLEMENT.**

Buyer is purchasing the above described Unit, the optional equipment and accessories, the insurance has been voluntary; the Buyer's trade-in is free from all claims whatsoever, except as noted.

**THE REVERSE SIDE** of this Agreement contains **ADDITIONAL TERMS AND CONDITIONS**, including, but not limited to, provisions regarding **WARRANTY, EXCLUSIONS AND LIMITATIONS OF DAMAGES.**

Dealer and Buyer acknowledge and certify that such (the) additional terms and conditions printed on the other side of this Agreement are agreed to as part of this Agreement, the same as if printed above the signatures.

The Agreement contains the entire Agreement between the Dealer and Buyer and no other representation or inducement, verbal or written, has been made which is not contained in this Agreement. Buyer(s) acknowledge receipt of a copy of this Agreement (order) and that Buyer(s) have read and understand the back of this Agreement.

STOLTZFUS TRAILER SALES, INC.   **DEALER**   SIGNED X _____ **BUYER**

Not Valid Unless Signed and Accepted by an Officer or Authorized Agent of the Company

BY _____ **Approved**   SIGNED X _____ **BUYER**

**FORM 1077** ®   A PLAIN LANGUAGE PURCHASE AGREEMENT Copyright ©1983 JENKINS BUSINESS FORMS (800) 851-4424   Rev08/09

# EXHIBIT "B"



**STOLTZFUS RV'S AND MARINE**
(ESOP) Employee Owned
West Chester, PA

**Stoltzfus RV's & Marine**
1335 Wilmington Pike
West Chester  PA  USA  19382
Phone #:(800) 860-1406
Fax #: (610) 399-1436

Invoice Number: 169446A
Tag Number: 1809
Date and Time In: 5/8/2017 - 4:08 PM
Date and Time Out: 5/30/2017 - 3:31 PM
Promised Date - Time: 5/8/2017 - 4:00 PM
Cashed Out Date: 5/30/2017 - 3:31 PM
Date Appointment Initiated: 4/27/2017
Service Advisor: (1020A) Brandon Hurst

REPRINT

ANTHONY PACK                    335228

Veh Info: 32147   17 CHALLENGER 37TB A  RIVERSIDE
Serial Numbers: 1F66F5DY6H0A09290     CHX37TB0024111

In-Srv: 4/6/2017     Miles/Hrs In: 891   Out:        Plate #: HH64006
**Comments**          Color Ex:RIVERSIDE          Int: CITYSCAPE

CUSTOMER NEEDS BACK BY 5/17. NEEDS TO BE WASHED

| Repair INC | Hrs | VIN | Second VIN | Mech # | Type Qty Ret. Price | Savings | Labor Selling Price | Discount Ext Discount | Total Ext Price |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 1.00 | H0A09290 | B0024111 | 926 | Service Warranty | | INC | INC | INC |

CUSTOMER STATES REAR BLACK TANK FLUSH NOT CONNECTED TO BLACK TANK
CAUSE: FOUND BLACK TANK FLUSH HOSE WAS NEVER HOOKED UP AND FLUSH WAS NEVER INSTALLED IN TANK. ELIMINATE OLD
CONNECTION AND HOSE AND INSTALLED BLACK TANK FLUSH IN TANK

| | 11-0349 | | TORNADO TANK RINSER W/O HOSE | | 1.00 | | | | INC |
| | | | | | Parts Total: | INC | Labor Total: | INC | Job Total: | INC |

| 2 | 1.50 | H0A09290 | B0024111 | | Service Warranty | | INC | INC | INC |

CUSTOMER STATES MID BLACK TANK LEAKS INTO WET BAY COMPARTMENT AREA
CAUSE: REMOVED FITTING FROM TANK TO VALVE, REGLUED FITTINGS, REINSTALLED AND WATER TESTED
CORRECTION: RE GLUED PLUMBING DRAIN LINES AND WATER TESTED

| | | | | | Parts Total: | INC | Labor Total: | | Job Total: | $0.00 |

| 3 | 0.00 | H0A09290 | B0024111 | | Service Retail | | $0.00 | $0.00 | $0.00 |

Repair 3 has been moved to Invoice 169446B----CUSTOMER STATES REEFER WATER NOT HOOKED UP
CAUSE: Repair 3 has been moved to Invoice 169446B
CORRECTION: Repair 3 has been moved to Invoice 169446B

| | | | | | $0.00 | $0.00 | $0.00 | | |
| | | | | | Parts Total: | $0.00 | Labor Total: | $0.00 | Job Total: | $0.00 |

| 4 | 0.00 | H0A09290 | B0024111 | | Service Retail | | $0.00 | $0.00 | $0.00 |

Repair 4 has been moved to Invoice 169446B----CUSTOMER STATES THE REAR BLACK SENSOR DOES NOT SEEM TO BE WORKING
CAUSE: Repair 4 has been moved to Invoice 169446B
CORRECTION: Repair 4 has been moved to Invoice 169446B

| | | | | | $0.00 | $0.00 | $0.00 | | |
| | | | | | Parts Total: | $0.00 | Labor Total: | $0.00 | Job Total: | $0.00 |

| 5 | 0.60 | H0A09290 | B0024111 | | Service Warranty | | INC | INC | INC |

CUSTOMER STATES THE MID BLACK TANK SENSOR SEEMS TO BE SWITCHED WITH THE GREY TANK
CORRECTION: TRACED WIRING AND FOUND WIRES PINNED INPROPERLY BEHIND MONITOR PANEL. PINNED CORRECTLY AND
TESTED

| | 5337734 | | ABS CEMENT 1/4 PT | | 1.00 | | | | INC |
| | | | | | Parts Total: | INC | Labor Total: | INC | Job Total: | INC |

| 6 | 0.20 | H0A09290 | B0024111 | 926 | Service Warranty | | INC | INC | INC |

CUSTOMER STATES THE THROUGH FLOOR ELECTRIC CORD COVER  IS BROKEN
CORRECTION: INSTALLED NEW

| | 22-0536 | | 5" ACCESS/DECK PLATE - BL | | 1.00 | | | | INC |
| | | | | | Parts Total: | INC | Labor Total: | INC | Job Total: | INC |

| 7 | 0.30 | H0A09290 | B0024111 | 926 | Service Warranty | | INC | INC | INC |

THE COMPARTMENT LIGHT IN THE WET BAY DOES NOT WORK. MARKED WITH TAPE
CORRECTION: FOUND 12 VOLT WIRES SHORT AND NOT CONNECTED TO LIGHT. EXTENDED WIRING. HOOKED UP AND TESTED

| Repair | Hrs | VIN | Second VIN | Mech # | Type | | Labor | Discount | Total |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Qty  Ret. Price  Savings | Selling Price | Ext Discount | Ext Price |
| | | | | Parts Total: | | Labor Total: | INC  Job Total: | | $0.00 |
| 8 | 1.60 | H0A09290 | B0024111 | | Service Warranty | | INC | INC | INC |

CUSTOMER STATES THAT BOTH TOILETS LEAK AT THE FOOT PEDAL WHERE THE HOSE COMES IN
CAUSE: BOTH VALVES FOR FOOT ARE BROKEN AND NEED TO BE REPLACED
CORRECTION: PULLED BOTH TOILETS AND REPLACED WATER VALVES AND SEALS AND TESTED

| 44-1002 | STYLE II WATER VALVE | 2.00 | | | INC |
|---|---|---|---|---|---|

| | | | | Parts Total: | INC | Labor Total: | INC  Job Total: | | INC |
|---|---|---|---|---|---|---|---|---|---|
| 9 | 0.00 | H0A09290 | B0024111 | | Service Retail | | $0.00 | $0.00 | $0.00 |

Repair 9 has been moved to Invoice 169446B----CUSTOMER STATES THAT THE AUTOMATIC GENERATOR START MODULE DOES NOT
WORK CORRECTLY. DOES NOT ALWAYS START THE GENERATOR AND DOES NOT TURN THE GENERATOR OFF. CUSTOMER WAS TOLD
BY THOR THAT HE HAS THE WRONG MODULE IN HIS COACH
CAUSE: Repair 9 has been moved to Invoice 169446B
CORRECTION: Repair 9 has been moved to Invoice 169446B

| | | | | | $0.00 | $0.00 | $0.00 | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Parts Total: | | Labor Total: | $0.00  Job Total: | | $0.00 |

| Pay Type | CC # | Amount | | | |
|---|---|---|---|---|---|
| CASH | | $0.00 | Parts Total: | $0.00 | Ext Price: | $0.00 |
| | | | Core Total: | $0.00 | Sales Tax: | $0.00 |
| | | | Freight Total: | $0.00 | Total: | $0.00 |
| | | | Sublet Total: | $0.00 | - Deductible: | $0.00 |
| | | | Labor Total: | $0.00 | - Deposits: | $0.00 |
| | | | - Labor Discount: | $0.00 | **Amount Due:** | **$0.00** |
| Signature:_____ | | | Other Charges: | $0.00 | Amt Tendered: | $0.00 |
| | | | Shop Supplies: | $0.00 | Chg Returned: | $0.00 |
| I AGREE TO PAY THE ABOVE TOTAL AMOUNT | | | Sub Total: | $0.00 | | |
| | | | - Parts Discount: | $0.00 | | |

Cashed Out By: (794) Jessica Ekberg
Cash Out Date: 5/30/2017
Cash Drawer:  200

REPRINT

DISCLAIMER OF WARRANTIES - Any warranties on the products sold under this repair order are those made by the manufacturer. The seller hereby expressly disclaims all warranties, either express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of said products.  This disclaimer by the Seller, in no way affects the terms of the manufacturer's warranty.I have inspected my vehicle and all repairs are satisfactory. Customer  Signature: x_____   Date: X_____



**Stoltzfus RV's & Marine**
**1335 Wilmington Pike**
**West Chester  PA  USA  19382**
**Phone #:(800) 860-1406**
**Fax #: (610) 399-1436**

Invoice Number: 169446B
Tag Number: 1809
Date and Time In: 5/8/2017 - 4:08 PM
Date and Time Out: 6/29/2017 - 11:39 AM
Promised Date - Time: 5/8/2017 - 4:00 PM
Cashed Out Date: 6/29/2017 - 11:39 AM
Date Appointment Initiated: 5/30/2017
Service Advisor: (1020A) Brandon Hurst

ANTHONY PACK                    335228

Veh Info: 32147    17 CHALLENGER 37TB A  RIVERSIDE
Serial Numbers: 1F66F5DY6H0A09290          CHX37TB0024111

In-Srv: 4/6/2017   Miles/Hrs In:  unk   Out:          Plate #: HH64006
Color Ex:RIVERSIDE                 Int: CITYSCAPE

**Comments**

CUSTOMER NEEDS BACK BY 5/17. NEEDS TO BE WASHED

| Repair | Hrs | VIN | Second VIN | Mech # | Type | | | Labor | Discount | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Qty | Ret. Price | Savings | Selling Price | Ext Discount | Ext Price |
| | | | | | | | | | | | |

| 1 | 0.30 | H0A09290 | B0024111 | 926 | Service Internal | | | INC | INC | INC |

CUSTOMER STATES REEFER WATER NOT HOOKED UP
CORRECTION: VALVE BEHIND DRAWER BELOW AND TO THE LEFT OF REFER. TURNED VALVE ON AND TESTED WATER FLOW AT REFER.

|  | | | Parts Total: | | Labor Total: | INC | Job Total: | $0.00 |

| 2 | 0.30 | H0A09290 | B0024111 | | Service Internal | | | INC | INC | INC |

CUSTOMER STATES THE REAR BLACK SENSOR DOES NOT SEEM TO BE WORKING
CORRECTION: TESTED LEVEL SINCE AND FOUND NO PROBLEM

|  | | | Parts Total: | | Labor Total: | INC | Job Total: | $0.00 |

| 3 | 0.00 | H0A09290 | B0024111 | | Service Retail | | $0.00 | $0.00 | $0.00 |

Repair 3 has been moved to Invoice 169446C----CUSTOMER STATES THAT THE AUTOMATIC GENERATOR START MODULE DOES NOT WORK CORRECTLY. DOES NOT ALWAYS START THE GENERATOR AND DOES NOT TURN THE GENERATOR OFF. CUSTOMER WAS TOLD BY THOR THAT HE HAS THE WRONG MODULE IN HIS COACH
CAUSE: Repair 3 has been moved to Invoice 169446C
CORRECTION: Repair 3 has been moved to Invoice 169446C

|  | | | | | $0.00 | $0.00 | $0.00 | |
|  | | | Parts Total: | | Labor Total: | $0.00 | Job Total: | $0.00 |

| Pay Type | CC # | Amount |
|---|---|---|
| CASH | | $0.00 |

| Parts Total: | $0.00 |
| Core Total: | $0.00 |
| Freight Total: | $0.00 |
| Sublet Total: | $0.00 |
| Labor Total: | $0.00 |
| - Labor Discount: | $0.00 |
| Other Charges: | $0.00 |
| Shop Supplies: | $0.00 |
| Sub Total: | $0.00 |
| - Parts Discount: | $0.00 |

| Ext Price: | $0.00 |
| Sales Tax: | $0.00 |
| Total: | $0.00 |
| - Deductible: | $0.00 |
| - Deposits: | $0.00 |
| **Amount Due:** | **$0.00** |
| Amt Tendered: | $0.00 |
| Chg Returned: | $0.00 |

Signature:_____

I AGREE TO PAY THE ABOVE TOTAL AMOUNT

Cashed Out By: (151) Virginia Knox
Cash Out Date: 6/29/2017
Cash Drawer:  001

REPRINT

DISCLAIMER OF WARRANTIES - Any warranties on the products sold under this repair order are those made by the manufacturer. The seller hereby expressly disclaims all warranties, either express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of said products.  This disclaimer by the Seller, in no way affects the terms of the manufacturer's warranty.I have inspected my vehicle and all repairs are satisfactory. Customer  Signature: x_____   Date: X_____



**STOLTZFUS**
RV'S AND MARINE
(ESOP) Employee Owned
West Chester, PA

**Stoltzfus RV's & Marine**
1335 Wilmington Pike
West Chester  PA  USA  19382
Phone #:(800) 860-1406
Fax #: (610) 399-1436

Invoice Number: 169446C
Tag Number: 1809
Date and Time In: 5/8/2017 - 4:08 PM
Date and Time Out: 6/20/2017 - 8:34 AM
Promised Date - Time: 5/8/2017 - 4:00 PM
Cashed Out Date: 6/20/2017 - 8:33 AM
Date Appointment Initiated: 6/20/2017
Service Advisor: (1020A) Brandon Hurst

REPRINT

ANTHONY PACK                      335228

Veh Info: 32147   17 CHALLENGER 37TB A RIVERSIDE
Serial Numbers: 1F66F5DY6H0A09290        CHX37TB0024111

**Comments**

In-Srv: 4/6/2017    Miles/Hrs In: 891   Out:        Plate #: HH64006
Color  Ex:RIVERSIDE        Int: CITYSCAPE

CUSTOMER NEEDS BACK BY 5/17. NEEDS TO BE WASHED

| Repair | Hrs | VIN | Second VIN | Mech # | Type | | | Labor | Discount | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| INC | | | | | | Qty | Ret. Price | Savings | Selling Price | Discount | Ext Price |

| 1 | 0.30 | H0A09290 | B0024111 | 926 | Service Warranty | | | INC | INC | INC |

CUSTOMER STATES THAT THE AUTOMATIC GENERATOR START MODULE DOES NOT WORK CORRECTLY. DOES NOT ALWAYS START
THE GENERATOR AND DOES NOT TURN THE GENERATOR OFF. CUSTOMER WAS TOLD BY THOR THAT HE HAS THE WRONG MODULE
IN HIS COACH
CORRECTION: INSTALLED STAND ALONE AUTO GEN START AND TESTED FOR PROPER FUNCTION

| 19-2879 | AUTOMATIC GENERATOR START | 1.00 | | INC |
|---|---|---|---|---|
| | **Parts Total:** | INC | **Labor Total:** | INC | **Job Total:** | INC |

| Pay Type | CC # | Amount |
|---|---|---|
| CASH | | $0.00 |

| Parts Total: | $0.00 |
|---|---|
| Core Total: | $0.00 |
| Freight Total: | $0.00 |
| Sublet Total: | $0.00 |
| Labor Total: | $0.00 |
| - Labor Discount: | $0.00 |
| Other Charges: | $0.00 |
| Shop Supplies: | $0.00 |
| Sub Total: | $0.00 |
| - Parts Discount: | $0.00 |

| Ext Price: | $0.00 |
|---|---|
| Sales Tax: | $0.00 |
| Total: | $0.00 |
| - Deductible: | $0.00 |
| - Deposits: | $0.00 |
| **Amount Due:** | **$0.00** |
| Amt Tendered: | $0.00 |
| Chg Returned: | $0.00 |

Signature:_____
I AGREE TO PAY THE ABOVE TOTAL AMOUNT

Cashed Out By: (794) Jessica Ekberg
Cash Out Date:  6/20/2017
Cash Drawer:    200

REPRINT

DISCLAIMER OF WARRANTIES - Any warranties on the products sold under this repair order are those made by the manufacturer. The seller hereby expressly disclaims all warranties,
either express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and seller neither assumes nor authorizes any other person to assume for
it any liability in connection with the sale of said products.  This disclaimer by the Seller, in no way affects the terms of the manufacturer's warranty.I have inspected my vehicle and all
repairs are satisfactory. Customer  Signature: x_____        Date: X_____

EXHIBIT "C"



**Stoltzfus RV's & Marine**
**1335 Wilmington Pike**
**West Chester PA USA 19382**
**Phone #:(800) 860-1406**
**Fax #: (610) 399-1436**



Invoice Number: 172451C
Tag Number: 5103
Date and Time In: 7/20/2017 - 3:47 PM
Date and Time Out: 8/15/2017 - 10:01 AM
Promised Date - Time: 7/20/2017 - 12:00 PM
Cashed Out Date: 8/15/2017 - 10:01 AM
Date Appointment Initiated: 8/15/2017
Service Advisor: (1020A) Brandon Hurst

ANTHONY PACK                     335228

Veh Info: 32147   17 CHALLENGER 37TB A  RIVERSIDE
Serial Numbers: 1F66F5DY6H0A09290        CHX37TB0024111

In-Srv: 4/6/2017   Miles/Hrs In: 1954   Out:        Plate #: HH64006
Color Ex:RIVERSIDE                 Int:CITYSCAPE

| Repair | Hrs | VIN | Second VIN | Mech # | Type | | Labor | Discount | Total |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Qty Ret. Price | Savings | Selling Price | Ext Discount | Ext Price |
| 1 | 0.30 | H0A09290 | B0024111 | 381 | Service Warranty | | INC | INC | INC |

CUSTOMER STATES THE OUTSIDE TV DOES NOT GET ANY ANTENNA RECEPTION
CAUSE:
CORRECTION: TV ONLY RECEIVED 2 CHANNELS. OTHER TV'S RECEIVED 22 CHANNELS. RUN COAX FROM BOOSTER TO TV AND GOT 21 CHANNELS.  REMOVE BOOSTER ROM CABINET.  HAD TO FIGHT TO GET COAX SPLITTER OUT OF HOLE.  FIGURE OUT WHAT COAX WIRE GOES TO EXTERIOR TV.  HOOK THAT COAX WIRE TO DIFFERENT OUTPUT ON SPLITTER AND TV GOT ALL 20 SOME CHANNELS.  BAD COAX SPLITTER ON THAT OUTPUT CONNECTION.  SPLITTER HAD EMPTY OUTPUT CONNECTION THAT WIRE WAS SWAPPED TO.  CURRENTLY NOW WORKING PER DESIGN.

| | | | Parts Total: | | Labor Total: | INC | Job Total: | | $0.00 |
|---|---|---|---|---|---|---|---|---|---|
| 2 | 0.30 | H0A09290 | B0024111 | | Service Warranty | | INC | INC | INC |

CUSTOMER STATES THE SHOWER LEAKS AT THE DOOR FRONT CORNER WHERE THE DOOR SITS AT THE SHOWER PAN
CORRECTION: CLEANED AND SEALED FRAME FOR SHOWER DOOR.

| | | | Parts Total: | | Labor Total: | INC | Job Total: | | $0.00 |
|---|---|---|---|---|---|---|---|---|---|
| 3 | 0.20 | H0A09290 | B0024111 | | Service Warranty | | INC | INC | INC |

CUSTOMER STATES THE BATHROOM WINDOW DOES NOT CLOSE ALL THE WAY. YOU CAN SEE DAYLIGHT THROUGH THE CORNER
CORRECTION: WINDOW IS CLOSING FULLY.  WINDOW FRAME NOT TOTALLY COVERING HOLE IN WALL CUT OUT FOR IT. CLEAN OFF CLEAR SILICONE AND SEAL IN BLACK TO COVER LIGHT.  WINDOW OPERATING PER DESIGN WITH NO LEAKS.

| | | | Parts Total: | | Labor Total: | INC | Job Total: | | $0.00 |
|---|---|---|---|---|---|---|---|---|---|
| 4 | 0.30 | H0A09290 | B0024111 | | Service Warranty | | INC | INC | INC |

CUSTOMER FOUND WATER PUDDLING IN THE COMPARTMENT BEHIND THE REAR WHEELS ON THE DRIVERS SIDE. MARKED WITH TAPE
CORRECTION: CAN SEE LIGHT THROUGH A FOAM COVERED HOLE IN COMPARTMENT.  HAD TO JACK UNIT UP AND SEAL SEAMS INSIDE WHEEL WELL COMPARTMENTS.  SEALED WHOLE SEAM FROM DRIVER SIDE, OVER FRAME TO PASS SIDE.

| | 69-0044 | | SILICONE DAP BLACK | | 2.00 | | | | INC |
|---|---|---|---|---|---|---|---|---|---|
| | | | Parts Total: | INC | Labor Total: | INC | Job Total: | | INC |
| 5 | 1.00 | H0A09290 | B0024111 | 381 | Service Warranty | | INC | INC | INC |

ENTRY STEP INOP
CAUSE: MAIN FUSE BLOCK UNDER DASH FOR STEPS IS NOT GETTING ANY POWER.  TRACED MAIN POWER WIRE UNDER DASH AND REMOVED TOP OF DASH TO FOLLOW WIRE. NO POWER AS I TRACED IT. TRACED IT ALL THE WAY TO CIRCUIT BREAKER BY ENGINE BUTT.  WIRE WAS CRIMPED POORLY TO RING TERMINAL AND NOT MAKING ANY CONNECTION.  METAL PART OF RING TERMINAL WAS NOT CRIMPED AT FACTORY INSTALL.  ONLY CRIMPED BLUE PLASTIC  SHIELD ON TERMINAL.
CORRECTION: CRIMPED ON NEW RING CONNECTOR AND HOOK UP TO CIRCUIT BREAKER.  CURRENTLY WORKING PER DESIGN.

| | | | Parts Total: | | Labor Total: | INC | Job Total: | | $0.00 |
|---|---|---|---|---|---|---|---|---|---|
| 6 | 0.30 | H0A09290 | B0024111 | | Service Warranty | | INC | INC | INC |

WATER PUDDLING ON THE PASSENGER SIDE COMPARTMENT BEHIND THE REAR WHEELS
CORRECTION: CLEANED AND SEALED A HOLE THROUGH THE SPRAY IN FOAM INSULATION INSIDE THE WHEEL WELL.

| | | | Parts Total: | | Labor Total: | INC | Job Total: | | $0.00 |
|---|---|---|---|---|---|---|---|---|---|

| Pay Type | CC # | Amount | | | | |
|---|---|---|---|---|---|---|
| CASH | | $0.00 | Parts Total: | $0.00 | Ext Price: | $0.00 |
| | | | Core Total: | $0.00 | Sales Tax: | $0.00 |
| | | | Freight Total: | $0.00 | Total: | $0.00 |
| | | | Sublet Total: | $0.00 | - Deductible: | $0.00 |
| | | | Labor Total: | $0.00 | - Deposits: | $0.00 |
| | | | - Labor Discount: | $0.00 | **Amount Due:** | **$0.00** |
| Signature:_____ | | | Other Charges: | $0.00 | Amt Tendered: | $0.00 |
| | | | Shop Supplies: | $0.00 | Chg Returned: | $0.00 |
| I AGREE TO PAY THE ABOVE TOTAL AMOUNT | | | Sub Total: | $0.00 | | |
| | | | - Parts Discount: | $0.00 | | |

Cashed Out By: (794) Jessica Ekberg
Cash Out Date: 8/15/2017
Cash Drawer: 200

REPRINT

DISCLAIMER OF WARRANTIES - Any warranties on the products sold under this repair order are those made by the manufacturer. The seller hereby expressly disclaims all warranties, either express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of said products.  This disclaimer by the Seller, in no way affects the terms of the manufacturer's warranty.I have inspected my vehicle and all repairs are satisfactory. Customer  Signature: x_____     Date: X_____



**STOLTZFUS**
RV'S AND MARINE
(ESOP) Employee Owned
West Chester, PA

**Stoltzfus RV's & Marine**
1335 Wilmington Pike
West Chester  PA  USA  19382
Phone #:(800) 860-1406
Fax #: (610) 399-1436

Invoice Number: 172451A
Tag Number: 5103
Date and Time In: 7/20/2017 - 3:47 PM
Date and Time Out: 8/16/2017 - 9:24 AM
Promised Date - Time: 7/20/2017 - 12:00 PM
Cashed Out Date: 8/16/2017 - 9:24 AM
Date Appointment Initiated: 7/14/2017
Service Advisor: (1020A) Brandon Hurst

REPRINT

ANTHONY PACK                    335228

Veh Info: 32147   17 CHALLENGER 37TB A  RIVERSIDE
Serial Numbers: 1F66F5DY6H0A09290        CHX37TB0024111

In-Srv: 4/6/2017    Miles/Hrs In:  1954   Out:        Plate #: HH64006
Color  Ex:RIVERSIDE                Int: CITYSCAPE

| Repair | Hrs | VIN | Second VIN | Mech # | Type | | Labor | Discount | Total |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Qty  Ret. Price | Savings | Selling Price | Ext Discount | Ext Price |
| 1 | 0.00 | H0A09290 | B0024111 | | Service Retail | | $0.00 | $0.00 | $0.00 |

Repair 1 has been moved to Invoice 172451B----CUSTOMER STATES THE DROP DOWN BUNK IS INTERMITTENLY INOP. CUSTOMER SAYS THE RIGHT SIDE BRACKET IS BROKEN. CUSTOMER HAD TO REMOVED THE FRONT TRIM TO GET BED UP
CAUSE: Repair 1 has been moved to Invoice 172451B
CORRECTION: Repair 1 has been moved to Invoice 172451B

| | | | | | $0.00 | $0.00 | $0.00 | | |
| | | | Parts Total: | | | Labor Total: | $0.00 | Job Total: | $0.00 |
| 2 | 0.00 | H0A09290 | B0024111 | | Service Retail | | $0.00 | $0.00 | $0.00 |

Repair 2 has been moved to Invoice 172451C----CUSTOMER STATES THE OUTSIDE TV DOES NOT GET ANY ANTENNA RECEPTION
CAUSE: Repair 2 has been moved to Invoice 172451C
CORRECTION: Repair 2 has been moved to Invoice 172451C

| | | | | | $0.00 | $0.00 | $0.00 | | |
| | | | Parts Total: | | | Labor Total: | $0.00 | Job Total: | $0.00 |
| 3 | 0.00 | H0A09290 | B0024111 | | Service Retail | | $0.00 | $0.00 | $0.00 |

Repair 3 has been moved to Invoice 172451C----CUSTOMER STATES THE SHOWER LEAKS AT THE DOOR FRONT CORNER WHERE THE DOOR SITS AT THE SHOWER PAN
CAUSE: Repair 3 has been moved to Invoice 172451C
CORRECTION: Repair 3 has been moved to Invoice 172451C

| | | | | | $0.00 | $0.00 | $0.00 | | |
| | | | Parts Total: | | | Labor Total: | $0.00 | Job Total: | $0.00 |
| 4 | 0.30 | H0A09290 | B0024111 | | Service Internal | | INC | INC | INC |

CUSTOMER STATES THE CHASSIS BATTERY CABLE WAS LOOSE AND HAS CORROSION ON IT WIRE IS MARKED WITH TAPE UNDER THE HOOD
CORRECTION: FOUND NO LOOSE CONNECTIONS AND NO CORROSION.  SPRAYED BUTT WITH TERMINAL PROTECTANT. ALL LOOKS GOOD AT THIS TIME.

| | | | | | | | | | |
| | | | Parts Total: | | | Labor Total: | INC | Job Total: | $0.00 |
| 5 | 0.00 | H0A09290 | B0024111 | | Service Retail | | $0.00 | $0.00 | $0.00 |

Repair 5 has been moved to Invoice 172451C----CUSTOMER STATES THE BATHROOM WINDOW DOES NOT CLOSE ALL THE WAY. YOU CAN SEE DAYLIGHT THROUGH THE CORNER
CAUSE: Repair 5 has been moved to Invoice 172451C
CORRECTION: Repair 5 has been moved to Invoice 172451C

| | | | | | $0.00 | $0.00 | $0.00 | | |
| | | | Parts Total: | | | Labor Total: | $0.00 | Job Total: | $0.00 |
| 6 | 0.00 | H0A09290 | B0024111 | | Service Retail | | $0.00 | $0.00 | $0.00 |

Repair 6 has been moved to Invoice 172451C----CUSTOMER FOUND WATER PUDDILING IN THE COMPARTMENT BEHIND THE REAR WHEELS ON THE DRIVERS SIDE. MARKED WITH TAPE
CAUSE: Repair 6 has been moved to Invoice 172451C
CORRECTION: Repair 6 has been moved to Invoice 172451C

| | | | | | $0.00 | $0.00 | $0.00 | | |
| | | | Parts Total: | | | Labor Total: | $0.00 | Job Total: | $0.00 |

| Repair | Hrs | VIN | Second VIN | Mech # | Type | | Labor | Discount | Total |
|--------|-----|-----|------------|--------|------|--|-------|----------|-------|
| | | | | | Qty  Ret. Price | Savings | Selling Price | Ext Discount | Ext Price |
| 7 | 0.30 | H0A09290 | B0024111 | | Service Internal | | INC | INC | INC |

CUSTOMER STATES THE RIGHT SIDE BOTTOM LADDER MOUNT LOOKS LIKE THE WELD IS BREAKING
CORRECTION: LADDER HAS NO WELD POINTS.  LADDER IS PER MANUFACT SPECS WITH NO ISSUES FOUND AT THIS TIME.

| | | | | | Parts Total: | | Labor Total: | INC | Job Total: | | $0.00 |
|---|---|---|---|---|---|---|---|---|---|---|---|

| 8 | 0.40 | H0A09290 | B0024111 | | Service Internal | | INC | INC | INC |
|---|---|---|---|---|---|---|---|---|---|

CUSTOMER STATES THE ROOFTOP A/CS DO NOT SEEM TO BE COOLING AS THE SHOULD
CAUSE: REAR A/C INTAKE 78 DEGREES, OUTPUT AT 57 DEGREES (21 DEGREE SPLIT IN TMEP)
FRONT A/C INTAKE 75 DEGREES, OUTPUT 55 DEGREES (20 DEGREE SPLIT IN TEMP)
CORRECTION: BOTH A/C'S COOLING WITHIN MANUFACT SPECS.  FOUND NO ISSUES AT THIS TIME.

| | | | | | Parts Total: | | Labor Total: | INC | Job Total: | | $0.00 |
|---|---|---|---|---|---|---|---|---|---|---|---|

| 9 | 0.00 | H0A09290 | B0024111 | | Service Retail | | $0.00 | $0.00 | $0.00 |
|---|---|---|---|---|---|---|---|---|---|

Repair 9 has been moved to Invoice 172451C----ENTRY STEP INOP
CAUSE: Repair 9 has been moved to Invoice 172451C
CORRECTION: Repair 9 has been moved to Invoice 172451C

| | | | | $0.00 | $0.00 | $0.00 | | |
|---|---|---|---|---|---|---|---|---|
| | | | | Parts Total: | | Labor Total: | $0.00 | Job Total: | | $0.00 |

| 10 | 0.40 | H0A09290 | B0024111 | | Service Internal | | INC | INC | INC |
|---|---|---|---|---|---|---|---|---|---|

LED STRIP LIGHTS UNDER HEADLAMPS INOP
CORRECTION: DISCOVERED THERE IS NO SWITCH FOR THE LIGHTS.  HEAD LIGHT SWITCH MUST BE OFF AND KEY ON.  PROBLEM
RELATED TO JOB #9.  THEY ARE WORKING AT THIS TIME.

| | | | | | Parts Total: | | Labor Total: | INC | Job Total: | | $0.00 |
|---|---|---|---|---|---|---|---|---|---|---|---|

| 11 | 0.00 | H0A09290 | B0024111 | | Service Retail | | $0.00 | $0.00 | $0.00 |
|---|---|---|---|---|---|---|---|---|---|

Repair 11 has been moved to Invoice 172451C----WATER PUDDLING ON THE PASSENGER SIDE COMPARTMENT BEHIND THE REAR
WHEELS
CAUSE: Repair 11 has been moved to Invoice 172451C
CORRECTION: Repair 11 has been moved to Invoice 172451C

| | | | | $0.00 | $0.00 | $0.00 | | |
|---|---|---|---|---|---|---|---|---|
| | | | | Parts Total: | | Labor Total: | $0.00 | Job Total: | | $0.00 |

| Pay Type | CC # | Amount | | | |
|----------|------|--------|---|---|---|
| CASH | | $0.00 | Parts Total: | $0.00 | Ext Price: | $0.00 |
| | | | Core Total: | $0.00 | Sales Tax: | $0.00 |
| | | | Freight Total: | $0.00 | Total: | $0.00 |
| | | | Sublet Total: | $0.00 | - Deductible: | $0.00 |
| | | | Labor Total: | $0.00 | - Deposits: | $0.00 |
| | | | - Labor Discount: | $0.00 | **Amount Due:** | **$0.00** |
| | | | Other Charges: | $0.00 | Amt Tendered: | $0.00 |
| Signature:_____ | | | Shop Supplies: | $0.00 | Chg Returned: | $0.00 |
| I AGREE TO PAY THE ABOVE TOTAL AMOUNT | | | Sub Total: | $0.00 | | |
| | | | - Parts Discount: | $0.00 | | |

Cashed Out By: (151) Virginia Knox
Cash Out Date: 8/16/2017
Cash Drawer:  001

REPRINT

DISCLAIMER OF WARRANTIES - Any warranties on the products sold under this repair order are those made by the manufacturer. The seller hereby expressly disclaims all warranties, either express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of said products.  This disclaimer by the Seller, in no way affects the terms of the manufacturer's warranty. I have inspected my vehicle and all repairs are satisfactory. Customer  Signature: x_____   Date: X_____

# EXHIBIT "D"



**Stoltzfus RV's & Marine**
1335 Wilmington Pike
West Chester PA USA 19382
Phone #:(800) 860-1406
Fax #: (610) 399-1436

Invoice Number: 172451B
Tag Number: 5200
Date and Time In: 8/8/2017 - 8:00 AM
Date and Time Out: 10/23/2017 - 9:41 AM
Promised Date - Time: 8/8/2017 - 8:00 AM
Cashed Out Date: 10/23/2017 - 9:40 AM
Date Appointment Initiated: 7/27/2017
Service Advisor: (1020A) Brandon Hurst

REPRINT

ANTHONY PACK                    335228

Veh Info: 32147   17 CHALLENGER 37TB A  RIVERSIDE
Serial Numbers: 1F66F5DY6H0A09290          CHX37TB0024111

In-Srv: 4/6/2017    Miles/Hrs In: 1954   Out:       Plate #: HH64006
Color  Ex:RIVERSIDE             Int:CITYSCAPE

| Repair | Hrs | VIN | Second VIN | Mech # | Type | | Labor | Discount | Total |
|--------|-----|-----|------------|--------|------|--|-------|----------|-------|
| | | | | | Qty Ret. Price | Savings | Selling Price | Ext Discount | Ext Price |
| 1 | 0.00 | H0A09290 | B0024111 | | Service Retail | | $0.00 | $0.00 | $0.00 |

Repair 1 has been moved to Invoice 172451D----CUSTOMER STATES THE DROP DOWN BUNK IS INTERMITTENLY INOP. CUSTOMER SAYS THE RIGHT SIDE BRACKET IS BROKEN. CU STOMER HAD TO REMOVED THE FRONT TRIM TO GET BED UP
CAUSE: Repair 1 has been moved to Invoice 172451D
CORRECTION: Repair 1 has been moved to Invoice 172451D

| | | | | | $0.00 | $0.00 | $0.00 | | |
| | | | | Parts Total: | Labor Total: | | $0.00 | Job Total: | $0.00 |
| 2 | 0.30 | H0A09290 | B0024111 | | Service Internal | | INC | INC | INC |

CUSTOMER STATES THERE IS A WIRE UNDER THE HOOD THAT HAS A LOOSE CONNECTION. CUSTOMER WILL LOOSE POWER TO THE STEPS, BACK UP CAMERA, CAB FANS AND RADIO. MARKED WITH TAPE. CUSTOMER IS NOT SURE ITS THE WIRE THAT IS ACTUALLY LOOSE, BUT IF THE CUSTOMER JIGGLES THE WIRE THE POWER COMES BACK
CORRECTION: COULD NOT DUPLICATE. ALSO COULD NOT FIND A WIRE MARKED UNDER HOOD.

| | | | | Parts Total: | Labor Total: | INC | Job Total: | | $0.00 |
| 3 | 0.50 | H0A09290 | B0024111 | | Service Internal | | INC | INC | INC |

CHECK TIRE PRESSURES
CORRECTION: Set all tires to 100 psi AS PER MFG SPEC

| | | | | Parts Total: | Labor Total: | INC | Job Total: | | $0.00 |

| Pay Type | CC # | Amount | | | | |
|----------|------|--------|--|--|--|--|
| CASH | | $0.00 | Parts Total: | $0.00 | Ext Price: | $0.00 |
| | | | Core Total: | $0.00 | Sales Tax: | $0.00 |
| | | | Freight Total: | $0.00 | Total: | $0.00 |
| | | | Sublet Total: | $0.00 | - Deductible: | $0.00 |
| | | | Labor Total: | $0.00 | - Deposits: | $0.00 |
| | | | - Labor Discount: | $0.00 | **Amount Due:** | **$0.00** |
| | | | Other Charges: | $0.00 | Amt Tendered: | $0.00 |
| Signature:_____ | | | Shop Supplies: | $0.00 | Chg Returned: | $0.00 |
| I AGREE TO PAY THE ABOVE TOTAL AMOUNT | | | Sub Total: | $0.00 | | |
| | | | - Parts Discount: | $0.00 | | |

Cashed Out By: (151) Virginia Knox
Cash Out Date: 10/23/2017
Cash Drawer:   001

REPRINT

DISCLAIMER OF WARRANTIES - Any warranties on the products sold under this repair order are those made by the manufacturer. The seller hereby expressly disclaims all warranties, either express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of said products. This disclaimer by the Seller, in no way affects the terms of the manufacturer's warranty.I have inspected my vehicle and all repairs are satisfactory. Customer  Signature: x_____   Date: X_____

*Printed On : 8/1/2018   3:15:05 PM*                    *Page 1 of 1*



**Stoltzfus RV's & Marine**
**1335 Wilmington Pike**
**West Chester PA USA 19382**
**Phone #:(800) 860-1406**
**Fax #: (610) 399-1436**

Invoice Number: 172451D
Tag Number: 5200
Date and Time In: 8/8/2017 - 8:00 AM
Date and Time Out: 9/15/2017 - 3:25 PM
Promised Date - Time: 8/8/2017 - 8:00 AM
Cashed Out Date: 9/15/2017 - 3:25 PM
Date Appointment Initiated: 9/15/2017
Service Advisor: (1020A) Brandon Hurst

REPRINT

ANTHONY PACK                    335228

Veh Info: 32147   17 CHALLENGER 37TB A RIVERSIDE
Serial Numbers: 1F66F5DY6H0A09290          CHX37TB0024111

In-Srv: 4/6/2017   Miles/Hrs In: 1954   Out:          Plate #: HH64006
Color Ex:RIVERSIDE            Int: CITYSCAPE

| Repair INC | Hrs | VIN | Second VIN | Mech # | Type Qty | Ret. Price | Savings | Labor Selling Price | Discount Ext Discount | Total Ext Price |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 3.00 | H0A09290 | B0024111 | 381 | Service Warranty | | | INC | INC | INC |

CUSTOMER STATES THE DROP DOWN BUNK IS INTERMITTENLY INOP. CUSTOMER SAYS THE RIGHT SIDE BRACKET IS BROKEN. CUSTOMER HAD TO REMOVED THE FRONT TRIM TO GET BED UP
CAUSE: TOOK PICS, SHOW PARTS, ORDER.
ROLLER ON TRACK IS BENT AND GRINDING ON TRACK.
CORRECTION: INSTALLED ENTIRE NEW BED LIFT ASSEMBLY. TESTED BED FOR PROPER OPERATION.  CURRENTLY WORKING PER DESIGN. PLEASE MAKE SURE CUSTOMER IS AWARE THAT BED NEEDS TO BE RUN ALL THE WAY UP OR ALL DOWN AND SHOULD NOT BE STOPPED IN THE MIDDLE TO PREVENT MOTORS FROM GETTING OUT OF SINK AND BINDING.

| | | | | |
|---|---|---|---|---|
| 0242414 | BED LIFT MECHANISM | 1.00 | | INC |
| 0226618 | LH REAR BEDLIFT BRKT TFM0865 | 1.00 | | INC |
| 0226619 | RH REAR BEDLIFT BKT TFM0866 | 1.00 | | INC |
| FR | Freight & Crate Charges | 1.00 | | INC |
| 0242413 | Bracket,Bedlift RH Lower,Wht | 1.00 | | INC |
| FR | Freight & Crate Charges | 1.00 | | INC |
| | **Parts Total:** | INC | **Labor Total:** INC | **Job Total:** INC |

| Pay Type | CC # | Amount | | | |
|---|---|---|---|---|---|
| CASH | | $0.00 | Parts Total: | $0.00 | Ext Price: | $0.00 |

| | | |
|---|---|---|
| Parts Total: | $0.00 | Ext Price: $0.00 |
| Core Total: | $0.00 | Sales Tax: $0.00 |
| Freight Total: | $0.00 | Total: $0.00 |
| Sublet Total: | $0.00 | - Deductible: $0.00 |
| Labor Total: | $0.00 | - Deposits: $0.00 |
| - Labor Discount: | $0.00 | **Amount Due:** **$0.00** |
| Other Charges: | $0.00 | Amt Tendered: $0.00 |
| Shop Supplies: | $0.00 | Chg Returned: $0.00 |
| Sub Total: | $0.00 | |
| - Parts Discount: | $0.00 | |

Signature:_____

I AGREE TO PAY THE ABOVE TOTAL AMOUNT

Cashed Out By: (794) Jessica Ekberg
Cash Out Date:  9/15/2017
Cash Drawer:   200

REPRINT

DISCLAIMER OF WARRANTIES - Any warranties on the products sold under this repair order are those made by the manufacturer. The seller hereby expressly disclaims all warranties, either express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of said products.  This disclaimer by the Seller, in no way affects the terms of the manufacturer's warranty.I have inspected my vehicle and all repairs are satisfactory. Customer  Signature: x_____        Date: X_____

EXHIBIT "E"



**Stoltzfus RV's & Marine**
1335 Wilmington Pike
West Chester  PA  USA  19382
Phone #:(800) 860-1406
Fax #: (610) 399-1436

Invoice Number: 174200A
Tag Number: 5029
Date and Time In: 8/31/2017 - 1:55 PM
Date and Time Out: 10/19/2017 - 8:01 AM
Promised Date - Time: 8/31/2017 - 1:55 PM
Cashed Out Date: 10/19/2017 - 8:01 AM
Date Appointment Initiated: 8/31/2017
Service Advisor: (1020A) Brandon Hurst

REPRINT

ANTHONY PACK                    335228

Veh Info: 32147   17 CHALLENGER 37TB A  RIVERSIDE
Serial Numbers: 1F66F5DY6H0A09290          CHX37TB0024111

In-Srv: 4/6/2017    Miles/Hrs In:  703   Out:          Plate #: HH64006
Color  Ex:RIVERSIDE              Int: CITYSCAPE

**Comments**

CUST NEEDS BACK BY SEPT 18

| Repair | Hrs | VIN | Second VIN | Mech # | Type | | | Labor | Discount | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Qty  Ret. Price | Savings | Selling Price | Ext Discount | Ext Price |
| 1 | 0.00 | H0A09290 | B0024111 | | Service Retail | | | $0.00 | $0.00 | $0.00 |

Repair 1 has been moved to Invoice 174200B----CUST STATES THE GEN LIGHT STAYS LIT WHEN OFF
CAUSE: Repair 1 has been moved to Invoice 174200B
CORRECTION: Repair 1 has been moved to Invoice 174200B

| | | | | | | $0.00 | $0.00 | $0.00 | | |
| | | | | | Parts Total: | | Labor Total: | $0.00 | Job Total: | $0.00 |
| 2 | 0.00 | H0A09290 | B0024111 | | Service Retail | | | $0.00 | $0.00 | $0.00 |

Repair 2 has been moved to Invoice 174200C----CUST STATES HOUR METER GOES UP-NOW NOT COUNTING HOURS
CAUSE: Repair 2 has been moved to Invoice 174200C
CORRECTION: Repair 2 has been moved to Invoice 174200C

| | | | | | | $0.00 | $0.00 | $0.00 | | |
| | | | | | Parts Total: | | Labor Total: | $0.00 | Job Total: | $0.00 |
| 3 | 0.30 | H0A09290 | B0024111 | | Service Warranty | | | INC | INC | INC |

CUST STATES WIRE IS STILL LOOSE AT FUSE BOX
CORRECTION: WENT TRHOUGH WIRING UNDER DASH. FOUND A COUPLE CONNECTIONS WITH BAD CRIMPS. REPLACED CONNECTIONS AND TESTED SYSTEMS

| | | | | | Parts Total: | | Labor Total: | INC | Job Total: | $0.00 |
| 4 | 0.00 | H0A09290 | B0024111 | | Service Retail | | | $0.00 | $0.00 | $0.00 |

Repair 4 has been moved to Invoice 174200C----CUST STATES THERE ARE SPARKS COMING FROM NEAR THE FUSE BOX
CAUSE: Repair 4 has been moved to Invoice 174200C
CORRECTION: Repair 4 has been moved to Invoice 174200C

| | | | | | | $0.00 | $0.00 | $0.00 | | |
| | | | | | Parts Total: | | Labor Total: | $0.00 | Job Total: | $0.00 |

| Pay Type | CC # | Amount |
|---|---|---|
| CASH | | $0.00 |

| | |
|---|---|
| Parts Total: | $0.00 |
| Core Total: | $0.00 |
| Freight Total: | $0.00 |
| Sublet Total: | $0.00 |
| Labor Total: | $0.00 |
| - Labor Discount: | $0.00 |
| Other Charges: | $0.00 |
| Shop Supplies: | $0.00 |
| Sub Total: | $0.00 |
| - Parts Discount: | $0.00 |

| | |
|---|---|
| Ext Price: | $0.00 |
| Sales Tax: | $0.00 |
| Total: | $0.00 |
| - Deductible: | $0.00 |
| - Deposits: | $0.00 |
| **Amount Due:** | **$0.00** |
| Amt Tendered: | $0.00 |
| Chg Returned: | $0.00 |

Signature:_____

I AGREE TO PAY THE ABOVE TOTAL AMOUNT

Cashed Out By: (794) Jessica Ekberg
Cash Out Date: 10/19/2017
Cash Drawer: 200

REPRINT

DISCLAIMER OF WARRANTIES - Any warranties on the products sold under this repair order are those made by the manufacturer. The seller hereby expressly disclaims all warranties, either express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of said products.  This disclaimer by the Seller, in no way affects the terms of the manufacturer's warranty.I have inspected my vehicle and all repairs are satisfactory. Customer  Signature: x_____      Date: X_____



**STOLTZFUS**
*RV'S AND MARINE*
(ESOP) Employee Owned
West Chester, PA

**Stoltzfus RV's & Marine**
1335 Wilmington Pike
West Chester  PA  USA  19382
Phone #:(800) 860-1406
Fax #: (610) 399-1436

Invoice Number: 174200B
Tag Number: 5029
Date and Time In: 8/31/2017 - 1:55 PM
Date and Time Out: 10/4/2017 - 2:04 PM
Promised Date - Time: 8/31/2017 - 1:55 PM
Cashed Out Date: 10/4/2017 - 2:04 PM
Date Appointment Initiated: 10/4/2017
Service Advisor: (1020A) Brandon Hurst

REPRINT

ANTHONY PACK                335228

Veh Info: 32147   17 CHALLENGER 37TB A  RIVERSIDE
Serial Numbers: 1F66F5DY6H0A09290        CHX37TB0024111

In-Srv: 4/6/2017   Miles/Hrs In:  N/A  Out:        Plate #: HH64006
**Comments**              Color  Ex:RIVERSIDE        Int: CITYSCAPE

CUST NEEDS BACK BY SEPT 18

| Repair INC | Hrs | VIN | Second VIN | Mech # | Type | Qty | Ret. Price | Savings | Labor Selling Price | Discount Ext Discount | Total Ext Price |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1.50 | H0A09290 | B0024111 | 926 | Service Warranty | | | | INC | INC | INC |

CUST STATES THE GEN LIGHT STAYS LIT WHEN OFF
CORRECTION: FOUND CONTROLLER FOR GEN TO BE BAD. INSTALLED NEW CONTROLLER AND TESTED

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| A032Y912 | | CONTROL, PCB | | | | 1.00 | | | | | INC |
| FR | | Freight & Crate Charges | | | | 1.00 | | | | | INC |
| | | | Parts Total: | | INC | | Labor Total: | | INC | Job Total: | INC |

| Pay Type | CC # | Amount | | | |
|---|---|---|---|---|---|
| CASH | | $0.00 | Parts Total: | $0.00 | Ext Price: | $0.00 |

| | |
|---|---|
| Parts Total: | $0.00 |
| Core Total: | $0.00 |
| Freight Total: | $0.00 |
| Sublet Total: | $0.00 |
| Labor Total: | $0.00 |
| - Labor Discount: | $0.00 |
| Other Charges: | $0.00 |
| Shop Supplies: | $0.00 |
| Sub Total: | $0.00 |
| - Parts Discount: | $0.00 |

| | |
|---|---|
| Ext Price: | $0.00 |
| Sales Tax: | $0.00 |
| Total: | $0.00 |
| - Deductible: | $0.00 |
| - Deposits: | $0.00 |
| **Amount Due:** | **$0.00** |
| Amt Tendered: | $0.00 |
| Chg Returned: | $0.00 |

Signature:_____

I AGREE TO PAY THE ABOVE TOTAL AMOUNT

Cashed Out By: (794) Jessica Ekberg
Cash Out Date: 10/4/2017
Cash Drawer:  200

REPRINT

DISCLAIMER OF WARRANTIES - Any warranties on the products sold under this repair order are those made by the manufacturer. The seller hereby expressly disclaims all warranties, either express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of said products.  This disclaimer by the Seller, in no way affects the terms of the manufacturer's warranty.I have inspected my vehicle and all repairs are satisfactory. Customer  Signature: x_____     Date: X_____



**STOLTZFUS RV'S AND MARINE**
(ESOP) Employee Owned
West Chester, PA

**Stoltzfus RV's & Marine**
1335 Wilmington Pike
West Chester  PA  USA  19382
Phone #:(800) 860-1406
Fax #: (610) 399-1436

Invoice Number: 174200C
Tag Number: 5029
Date and Time In: 8/31/2017 - 1:55 PM
Date and Time Out: 10/23/2017 - 9:42 AM
Promised Date - Time: 8/31/2017 - 1:55 PM
Cashed Out Date: 10/23/2017 - 9:41 AM
Date Appointment Initiated: 10/19/2017
Service Advisor: (1020A) Brandon Hurst

REPRINT

ANTHONY PACK                          335228

Veh Info: 32147   17 CHALLENGER 37TB A  RIVERSIDE
Serial Numbers: 1F66F5DY6H0A09290          CHX37TB0024111

In-Srv: 4/6/2017    Miles/Hrs In:          Out:          Plate #: HH64006
Color  Ex:RIVERSIDE                    Int: CITYSCAPE

Comments

CUST NEEDS BACK BY SEPT 18

| Repair | Hrs | VIN | Second VIN | Mech # | Type | | | Labor | Discount | Total |
|--------|-----|-----|------------|--------|------|--|--|-------|----------|-------|
| | | | | | | Qty | Ret. Price | Savings | Selling Price | Discount Ext Discount | Ext Price |
| 1 | 0.00 | H0A09290 | B0024111 | | Service Internal | | | | INC | INC | INC |

CUST STATES HOUR METER GOES UP-NOW NOT COUNTING HOURS
CORRECTION: RELATED TO JOB 1

| | | | | | | Parts Total: | | Labor Total: | INC | Job Total: | $0.00 |
| 2 | 0.00 | H0A09290 | B0024111 | | Service Internal | | | | INC | INC | INC |

CUST STATES THERE ARE SPARKS COMING FROM NEAR THE FUSE BOX

| | | | | | | Parts Total: | | Labor Total: | INC | Job Total: | $0.00 |

| Pay Type | CC # | Amount |
|----------|------|--------|
| CASH | | $0.00 |

| | |
|---|---|
| Parts Total: | $0.00 |
| Core Total: | $0.00 |
| Freight Total: | $0.00 |
| Sublet Total: | $0.00 |
| Labor Total: | $0.00 |
| - Labor Discount: | $0.00 |
| Other Charges: | $0.00 |
| Shop Supplies: | $0.00 |
| Sub Total: | $0.00 |
| - Parts Discount: | $0.00 |

| | |
|---|---|
| Ext Price: | $0.00 |
| Sales Tax: | $0.00 |
| Total: | $0.00 |
| - Deductible: | $0.00 |
| - Deposits: | $0.00 |
| **Amount Due:** | **$0.00** |
| Amt Tendered: | $0.00 |
| Chg Returned: | $0.00 |

Signature:_____

I AGREE TO PAY THE ABOVE TOTAL AMOUNT

Cashed Out By: (151) Virginia Knox
Cash Out Date: 10/23/2017
Cash Drawer:  No Cashout

REPRINT

DISCLAIMER OF WARRANTIES - Any warranties on the products sold under this repair order are those made by the manufacturer. The seller hereby expressly disclaims all warranties, either express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of said products.  This disclaimer by the Seller, in no way affects the terms of the manufacturer's warranty.I have inspected my vehicle and all repairs are satisfactory. Customer  Signature: x_____          Date: X_____

*Printed On : 8/1/2018   3:19:59 PM*                                                                 *Page 1 of 1*

# EXHIBIT "F"



**Stoltzfus RV's & Marine**
1335 Wilmington Pike
West Chester  PA  USA  19382
Phone #:(800) 860-1406
Fax #: (610) 399-1436

Invoice Number: 176024A
Tag Number: 5570
Date and Time In: 11/7/2017 - 10:14 AM
Date and Time Out: 3/20/2018 - 9:49 AM
Promised Date - Time: 11/7/2017 - 10:00 AM
Cashed Out Date: 3/20/2018 - 9:48 AM
Date Appointment Initiated: 10/23/2017
Service Advisor: (1020A) Brandon Hurst

REPRINT

ANTHONY PACK                          335228

Veh Info: 32147   17 CHALLENGER 37TB A  RIVERSIDE
Serial Numbers: 1F66F5DY6H0A09290          CHX37TB0024111

In-Srv: 4/6/2017    Miles/Hrs In: 4301   Out:          Plate #: HH64006
Color  Ex:RIVERSIDE                       Int:CITYSCAPE

| Repair | Hrs | VIN | Second VIN | Mech # | Type | | Labor | Discount | Total |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Qty  Ret. Price | Savings | Selling Price | Ext Discount | Ext Price |
| 1 | 0.00 | H0A09290 | B0024111 | | Service Retail | | $0.00 | $0.00 | $0.00 |

Repair 1 has been moved to Invoice 176024C----RC (RVWFMH)  FOREVER WARRANTY INSPECTION MOTOR HOME
YOU MUST HAVE THE BELOW YEARLY INSPECTION AND ANY NEEDED MAINTENANCE PERFORMED TO KEEP YOUR FOREVER
WARRANTY CURRENT.


1. VISUALLY INSPECT: Roof


2. FURNACE: Inspect and clean blower and combustion chamber. Control compartment: remove any dust, lint, or obstructions.  Test for gas line leaks.


3. WATER HEATER: Flush holding tank, manually operate pressure temp relief valve, and clean tube as outlined by the manufacturer.
CAUSE: Repair 1 has been moved to Invoice 176024C
CORRECTION: Repair 1 has been moved to Invoice 176024C

| | | | | | | $0.00 | $0.00 | $0.00 | |
|---|---|---|---|---|---|---|---|---|---|
| | | | Parts Total: | | Labor Total: | | $0.00 | Job Total: | $0.00 |
| 2 | 0.00 | H0A09290 | B0024111 | | Service Retail | | $0.00 | $0.00 | $0.00 |

Repair 2 has been moved to Invoice 176024C----4. VISUALLY INSPECT: Axle and Hubs
5. LUBRICATE SUSPENSION: Grease front and rear suspension components, including but not limited to, tie rods, control arms, and break camshaft
brackets.                                    6. CHECK AND ADJUST TIRE PRESSURES
CAUSE: Repair 2 has been moved to Invoice 176024C
CORRECTION: Repair 2 has been moved to Invoice 176024C

| | | | | | | $0.00 | $0.00 | $0.00 | |
|---|---|---|---|---|---|---|---|---|---|
| | | | Parts Total: | | Labor Total: | | $0.00 | Job Total: | $0.00 |
| 3 | 0.00 | H0A09290 | B0024111 | | Service Retail | | $0.00 | $0.00 | $0.00 |

Repair 3 has been moved to Invoice 176024C----WINTERIZATION
 _X_DRAIN WATER FROM WATER HEATER
 _X_OPEN DRAIN VALVE FOR FRESH TANK
 _X_RUN ANTIFREEZE THROUGH LINES
 _X_FILL P-TRAPS W/ANTIFREEZE
TECH RECOMMENDS:
CAUSE: Repair 3 has been moved to Invoice 176024C
CORRECTION: Repair 3 has been moved to Invoice 176024C

| | | | | | | $0.00 | $0.00 | $0.00 | |
|---|---|---|---|---|---|---|---|---|---|
| | | | Parts Total: | | Labor Total: | | $0.00 | Job Total: | $0.00 |
| 4 | 0.00 | H0A09290 | B0024111 | | Service Retail | | $0.00 | $0.00 | $0.00 |

Repair 4 has been moved to Invoice 176024C----[RC (W494)  WINTERER RESIDENTIAL REFRIGERATOR w/ICEMAKER]
CAUSE: Repair 4 has been moved to Invoice 176024C
CORRECTION: Repair 4 has been moved to Invoice 176024C

| | | | | | | $0.00 | $0.00 | $0.00 | |
|---|---|---|---|---|---|---|---|---|---|
| | | | Parts Total: | | Labor Total: | | $0.00 | Job Total: | $0.00 |
| 5 | 0.00 | H0A09290 | B0024111 | | Service Retail | | $0.00 | $0.00 | $0.00 |

Repair 5 has been moved to Invoice 176024C----CUST STATES D/S FRONT SLIDE DOES NOT COME IN EASILY, SOMETIMES COMES IN
CROCKED

| Repair | Hrs | VIN | Second VIN | Mech # | Type | Labor | Discount | Total |
|---|---|---|---|---|---|---|---|---|
| | | | | | Qty   Ret. Price | Savings   Selling Price | Ext Discount | Ext Price |

CAUSE: Repair 5 has been moved to Invoice 176024C
CORRECTION: Repair 5 has been moved to Invoice 176024C

| | | | | | | $0.00   $0.00 | $0.00 | |
| | | | | **Parts Total:** | | **Labor Total:**   $0.00 | **Job Total:** | $0.00 |
| 7 | 0.00 | H0A09290 | B0024111 | | Service Retail | $0.00 | $0.00 | $0.00 |

Repair 7 has been moved to Invoice 176024F----CUST STATES ENTRY DOOR BOTTOM LOCK DOES NOT LOCK
CAUSE: Repair 7 has been moved to Invoice 176024F
CORRECTION: Repair 7 has been moved to Invoice 176024F

| | | | | | | $0.00   $0.00 | $0.00 | |
| | | | | **Parts Total:** | | **Labor Total:**   $0.00 | **Job Total:** | $0.00 |
| 8 | 0.00 | H0A09290 | B0024111 | | Service Retail | $0.00 | $0.00 | $0.00 |

Repair 8 has been moved to Invoice 176024C----CUST STATES THE P/S REAR COMPARTMENT DOOR LATCH STICK
CAUSE: Repair 8 has been moved to Invoice 176024C
CORRECTION: Repair 8 has been moved to Invoice 176024C

| | | | | | | $0.00   $0.00 | $0.00 | |
| | | | | **Parts Total:** | | **Labor Total:**   $0.00 | **Job Total:** | $0.00 |
| 11 | 0.25 | H0A09290 | B0024111 | | Service Warranty | INC | INC | INC |

CUST STATES THE VERTICAL PIECE OF TRIM AT REAR CAP P/S PULLING AWAY FROM SIDEWALL
CAUSE: SEE GREEN TAPE
CORRECTION: Remove molding replace broken screws in track

| | 69-0043 | SILICONE DAP CLEAR | | 1.00 | | | | INC |
| | 2081-6334 | 3/4" 3M MASKING TAPE | | 1.00 | | | | INC |
| | | | | **Parts Total:**   INC | | **Labor Total:**   INC | **Job Total:** | INC |
| 12 | 0.25 | H0A09290 | B0024111 | 1015A | Service Warranty | INC | INC | INC |

CUST STATES THE VERTICAL PIECE OF TRIM AT REAR CAP D/S IS PULLING AWAY FROM SIDEWALL
CAUSE: SEE GREEN TAPE
CORRECTION: Remove molding. Replace broken screws. Reinstall

| | | | | **Parts Total:** | | **Labor Total:**   INC | **Job Total:** | $0.00 |
| 13 | 0.00 | H0A09290 | B0024111 | | Service Retail | $0.00 | $0.00 | $0.00 |

Repair 13 has been moved to Invoice 176024E----CUST STATES THERE ARE PAINT CHIPS ON P/S REAR COMPARTMENT DOOR AND OVER SPRAY ON D/S SLIDE OUT
CAUSE: Repair 13 has been moved to Invoice 176024E
CORRECTION: Repair 13 has been moved to Invoice 176024E

| | | | | | | $0.00   $0.00 | $0.00 | |
| | | | | **Parts Total:** | | **Labor Total:**   $0.00 | **Job Total:** | $0.00 |
| 14 | 0.00 | H0A09290 | B0024111 | | Service Retail | $0.00 | $0.00 | $0.00 |

Repair 14 has been moved to Invoice 176024F----CUST STATES THE REAR D/S SLIDE TOP LEFT CORNER TRIM IS BUBBLED/WARPED
CAUSE: Repair 14 has been moved to Invoice 176024F
CORRECTION: Repair 14 has been moved to Invoice 176024F

| | | | | | | $0.00   $0.00 | $0.00 | |
| | | | | **Parts Total:** | | **Labor Total:**   $0.00 | **Job Total:** | $0.00 |
| 15 | 0.00 | H0A09290 | B0024111 | | Service Retail | $0.00 | $0.00 | $0.00 |

Repair 15 has been moved to Invoice 176024C----CUST STATES THE D/S SECOND COMPARTMENT DOOR FROM FRONT TIRE LATCH IS STICKING
CAUSE: Repair 15 has been moved to Invoice 176024C
CORRECTION: Repair 15 has been moved to Invoice 176024C

| | | | | | | $0.00   $0.00 | $0.00 | |
| | | | | **Parts Total:** | | **Labor Total:**   $0.00 | **Job Total:** | $0.00 |
| 16 | 0.00 | H0A09290 | B0024111 | | Service Retail | $0.00 | $0.00 | $0.00 |

Repair 16 has been moved to Invoice 176024C----CUST STATES THE COMPARTMENT DOOR SECOND IN FRONT OF THE REAR AXLE, LATCH IS STICKING
CAUSE: Repair 16 has been moved to Invoice 176024C
CORRECTION: Repair 16 has been moved to Invoice 176024C

| | | | | | | $0.00   $0.00 | $0.00 | |
| | | | | **Parts Total:** | | **Labor Total:**   $0.00 | **Job Total:** | $0.00 |
| 17 | 0.00 | H0A09290 | B0024111 | | Service Retail | $0.00 | $0.00 | $0.00 |

Repair 17 has been moved to Invoice 176024D----CUST STATES NEXT TO THE DINETTE THERE IS A BUBBLE IN THE FLOOR
CAUSE: Repair 17 has been moved to Invoice 176024D
CORRECTION: Repair 17 has been moved to Invoice 176024D

| Repair | Hrs | VIN | Second VIN | Mech # | Type | | Labor | Discount | Total |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Qty | Ret. Price | Savings | Selling Price | Ext Discount | Ext Price |

| | | | | | | $0.00 | $0.00 | $0.00 | | |
| | | | | Parts Total: | | | Labor Total: | | Job Total: | |
| | | | | | | | | $0.00 | | $0.00 |
| 18 | 0.00 | H0A09290 | B0024111 | | Service Retail | | | $0.00 | $0.00 | $0.00 |

Repair 18 has been moved to Invoice 176024F----CUST STATES THERE IS A TEAR IN THE FLOOR UNDER BED
CAUSE: Repair 18 has been moved to Invoice 176024F
CORRECTION: Repair 18 has been moved to Invoice 176024F

| | | | | | | $0.00 | $0.00 | $0.00 | | |
| | | | | Parts Total: | | | Labor Total: | | Job Total: | |
| | | | | | | | | $0.00 | | $0.00 |
| 19 | 0.00 | H0A09290 | B0024111 | | Service Retail | | | $0.00 | $0.00 | $0.00 |

Repair 19 has been moved to Invoice 176024F----CUST STATES INFRONT OF THE BUNK ROOM THERE IS A BULGE IN THE FLOOR WHEN SLIDE IS OUT
CAUSE: Repair 19 has been moved to Invoice 176024F
CORRECTION: Repair 19 has been moved to Invoice 176024F

| | | | | | | $0.00 | $0.00 | $0.00 | | |
| | | | | Parts Total: | | | Labor Total: | | Job Total: | |
| | | | | | | | | $0.00 | | $0.00 |
| 20 | 0.00 | H0A09290 | B0024111 | | Service Retail | | | $0.00 | $0.00 | $0.00 |

Repair 20 has been moved to Invoice 176024C----CUSTOMER IS RESPONSIBLE FOR ANY DIAGNOSTIC FEES NOT COVERED BY WARRANTY OR INVOLVED IN MAKING AN ESTIMATE. THIS INCLUDES NO PROBLEM FOUND AND ADJUSTMENTS THAT ARE NOT COVERED BY THE MANUFACTURER AFTER 45 DAYS FROM DELIVERY DATE.  IF THE CUSTOMER DECLINES REPAIRS THAT ARE DIAGNOSED BY A TECHNICIAN, THE DIAGNOSTIC FEES WILL THEN BE CHARGED TO THE CUSTOMER.  A MINIMUM DIAGNOSTIC FEE CHARGE IS $65.00 PER OCCURRENCE.
CUSTOMER SIGNATURE_____DATE: _____
CAUSE: Repair 20 has been moved to Invoice 176024C
CORRECTION: Repair 20 has been moved to Invoice 176024C

| | | | | | | $0.00 | $0.00 | $0.00 | | |
| | | | | Parts Total: | | | Labor Total: | | Job Total: | |
| | | | | | | | | $0.00 | | $0.00 |
| 21 | 0.00 | H0A09290 | B0024111 | | Service Retail | | | $0.00 | $0.00 | $0.00 |

Repair 21 has been moved to Invoice 176024C----FILL LP
CAUSE: Repair 21 has been moved to Invoice 176024C
CORRECTION: Repair 21 has been moved to Invoice 176024C

| | | | | | | $0.00 | $0.00 | $0.00 | | |
| | | | | Parts Total: | | | Labor Total: | | Job Total: | |
| | | | | | | | | $0.00 | | $0.00 |
| 22 | 0.25 | H0A09290 | B0024111 | | Service Warranty | | | INC | INC | INC |

CUST STATES THE VERTICAL PIECE OF TRIM AT FRONT CAP SEAM ON D/S IS PULLING AWAY FROM SIDE WALL
CAUSE: SEE GREEN TAPE
CORRECTION: Remove molding and replace broken screws in track

| | | | | Parts Total: | | | Labor Total: | INC | Job Total: | |
| | | | | | | | | | | $0.00 |
| 23 | 0.25 | H0A09290 | B0024111 | | Service Warranty | | | INC | INC | INC |

CUST STATES THE VERTICAL PIECE OF TRIM AT FRONT CAP SEAM ON P/S IS PULLING AWAY FROM SIDE WALL
CAUSE: SEE GREEN TAPE
CORRECTION: Remove molding and replace broken screws in track

| | | | | Parts Total: | | | Labor Total: | INC | Job Total: | |
| | | | | | | | | | | $0.00 |
| 24 | 0.00 | H0A09290 | B0024111 | | Service Retail | | | $0.00 | $0.00 | $0.00 |

Repair 24 has been moved to Invoice 176024G----CUSTOMER STATES THE RADIO SCREEN INTERMITTENTLY TURNS OFF FOR A FEW SECONDS WHILE DRIVING, RADIO WILL STILL OUTPUT AUDIO DURING THAT TIME
CAUSE: Repair 24 has been moved to Invoice 176024G
CORRECTION: Repair 24 has been moved to Invoice 176024G

| | | | | | | $0.00 | $0.00 | $0.00 | | |
| | | | | Parts Total: | | | Labor Total: | | Job Total: | |
| | | | | | | | | $0.00 | | $0.00 |
| 25 | 0.00 | H0A09290 | B0024111 | | Service Retail | | | $0.00 | $0.00 | $0.00 |

Repair 25 has been moved to Invoice 176024G----REPLACE ENTRY DOOR LOCK
CAUSE: Repair 25 has been moved to Invoice 176024G
CORRECTION: Repair 25 has been moved to Invoice 176024G

| | | | | | | $0.00 | $0.00 | $0.00 | | |
| | | | | Parts Total: | | | Labor Total: | | Job Total: | |
| | | | | | | | | $0.00 | | $0.00 |

| Pay Type | CC # | Amount |
|----------|------|--------|
| CASH | | $0.00 |

| | |
|---|---|
| Parts Total: | $0.00 |
| Core Total: | $0.00 |
| Freight Total: | $0.00 |
| Sublet Total: | $0.00 |
| Labor Total: | $0.00 |
| - Labor Discount: | $0.00 |
| Other Charges: | $0.00 |
| Shop Supplies: | $0.00 |
| Sub Total: | $0.00 |
| - Parts Discount: | $0.00 |

| | |
|---|---|
| Ext Price: | $0.00 |
| Sales Tax: | $0.00 |
| Total: | $0.00 |
| - Deductible: | $0.00 |
| - Deposits: | $0.00 |
| **Amount Due:** | **$0.00** |
| Amt Tendered: | $0.00 |
| Chg Returned: | $0.00 |

Signature:_____

I AGREE TO PAY THE ABOVE TOTAL AMOUNT

Cashed Out By: (794) Jessica Ekberg
Cash Out Date: 3/20/2018
Cash Drawer:   200

REPRINT

DISCLAIMER OF WARRANTIES - Any warranties on the products sold under this repair order are those made by the manufacturer. The seller hereby expressly disclaims all warranties, either express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of said products.  This disclaimer by the Seller, in no way affects the terms of the manufacturer's warranty.I have inspected my vehicle and all repairs are satisfactory. Customer  Signature: x_____      Date: X_____



**STOLTZFUS**
**RV'S AND MARINE**
(ESOP) Employee Owned
West Chester, PA

**Stoltzfus RV's & Marine**
**1335 Wilmington Pike**
**West Chester  PA  USA  19382**
**Phone #:(800) 860-1406**
**Fax #: (610) 399-1436**

Invoice Number: 176024B
Tag Number: 5570
Date and Time In: 11/7/2017 - 10:14 AM
Date and Time Out: 12/5/2017 - 11:49 AM
Promised Date - Time: 11/7/2017 - 10:00 AM
Cashed Out Date: 12/5/2017 - 11:49 AM
Date Appointment Initiated: 12/5/2017
Service Advisor: (1020A) Brandon Hurst

REPRINT

ANTHONY PACK                    335228

Veh Info: 32147   17 CHALLENGER 37TB A RIVERSIDE
Serial Numbers: 1F66F5DY6H0A09290        CHX37TB0024111

In-Srv: 4/6/2017   Miles/Hrs In: 4301   Out:        Plate #: HH64006
Color: Ex:RIVERSIDE                      Int: CITYSCAPE

| Repair | Hrs | VIN | Second VIN | Mech # | Type | | Labor | Discount | Total |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Qty Ret. Price | Savings | Selling Price | Ext Discount | Ext Price |
| 1 | 0.50 | H0A09290 | B0024111 | 1015A | Service Warranty | | INC | INC | INC |

CUST STATES THE D/S  FRONT INSIDE SLIDE SEAL IS COMING DOWN BEHIND DRIVERS SEAT
CAUSE: SEE GREEN TAPE
CORRECTION: Top section of seal track came loose. Need to remove bulb seal, secure track and reinstall bulb seal
Remove bulb seal, repair track and reinstall bulb seal

| | | | | Parts Total: | | Labor Total: | INC | Job Total: | $0.00 |
|---|---|---|---|---|---|---|---|---|---|

| 2 | 0.20 | H0A09290 | B0024111 | | Service Warranty | | INC | INC | INC |

CUST STATES REAR BLACK TANK FLUSH VALVE LEAKS OUTSIDE AT HOOK UP
CORRECTION: Clean and tighten seal at check valve

| | | | | Parts Total: | | Labor Total: | INC | Job Total: | $0.00 |
|---|---|---|---|---|---|---|---|---|---|

| 3 | 0.20 | H0A09290 | B0024111 | | Service Warranty | | INC | INC | INC |

CUST STATES THE WET BAY CITY WATER CONNECTION LEAKS AT USE
CAUSE: GREEN TAPE INFRONT OF WHERE IT IS LEAKING FROM
CORRECTION: Tighten line fitting

| | | | | Parts Total: | | Labor Total: | INC | Job Total: | $0.00 |
|---|---|---|---|---|---|---|---|---|---|

| Pay Type | CC # | Amount | | Parts Total: | $0.00 | Ext Price: | $0.00 |
|---|---|---|---|---|---|---|---|
| CASH | | $0.00 | | Core Total: | $0.00 | Sales Tax: | $0.00 |
| | | | | Freight Total: | $0.00 | Total: | $0.00 |
| | | | | Sublet Total: | $0.00 | - Deductible: | $0.00 |
| | | | | Labor Total: | $0.00 | - Deposits: | $0.00 |
| | | | | - Labor Discount: | $0.00 | **Amount Due:** | **$0.00** |
| | | | | Other Charges: | $0.00 | Amt Tendered: | $0.00 |
| Signature:_____ | | | | Shop Supplies: | $0.00 | Chg Returned: | $0.00 |
| I AGREE TO PAY THE ABOVE TOTAL AMOUNT | | | | Sub Total: | $0.00 | | |
| Cashed Out By: (794) Jessica Ekberg | | | | - Parts Discount: | $0.00 | | |

Cash Out Date: 12/5/2017
Cash Drawer: 200

REPRINT

DISCLAIMER OF WARRANTIES - Any warranties on the products sold under this repair order are those made by the manufacturer. The seller hereby expressly disclaims all warranties, either express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of said products.  This disclaimer by the Seller, in no way affects the terms of the manufacturer's warranty.I have inspected my vehicle and all repairs are satisfactory. Customer  Signature: x_____     Date: X_____



**Stoltzfus RV's & Marine**
**1335 Wilmington Pike**
**West Chester  PA  USA  19382**
**Phone #:(800) 860-1406**
**Fax #: (610) 399-1436**

Invoice Number: 176024C
Tag Number: 5570
Date and Time In: 11/7/2017 - 10:14 AM
Date and Time Out: 2/27/2018 - 3:42 PM
Promised Date - Time: 11/7/2017 - 10:00 AM
Cashed Out Date: 2/27/2018 - 3:43 PM
Date Appointment Initiated: 2/19/2018
Service Advisor: (1020A) Brandon Hurst

REPRINT

ANTHONY PACK                    335228

Veh Info: 32147   17 CHALLENGER 37TB A  RIVERSIDE
Serial Numbers: 1F66F5DY6H0A09290        CHX37TB0024111

In-Srv: 4/6/2017     Miles/Hrs In:        Out: 4301  Plate #: HH64006
Color  Ex:RIVERSIDE               Int:CITYSCAPE

| Repair | Hrs | VIN | Second VIN | Mech # | Type | | | Labor | Discount | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Qty | Ret. Price | Savings | Selling Price | Ext Discount | Ext Price |

| 1 | 1.50 | H0A09290 | B0024111 | 1015A | Service Retail | | | $124.00 | $24.80 | $99.20 |

[RC (RVWFMH)  FOREVER WARRANTY INSPECTION MOTOR HOME
YOU MUST HAVE THE BELOW YEARLY INSPECTION AND ANY NEEDED MAINTENANCE PERFORMED TO KEEP YOUR FOREVER
WARRANTY CURRENT.

1. VISUALLY INSPECT: Roof

2. FURNACE: Inspect and clean blower and combustion chamber. Control compartment: remove any dust, lint, or obstructions.  Test for gas line leaks.

3. WATER HEATER: Flush holding tank, manually operate pressure temp relief valve, and clean tube as outlined by the manufacturer.
CAUSE: *** FOR MOTOR HOMES EQUIPPED WITH AQUA HOT SYSTEM WE WILL CHECK FOR PROPER OPERATION ***
CORRECTION: Forever warranty inspection

| | | | | | | $0.00 | | $0.00 | $0.00 | |
| | | | Parts Total: | | | | Labor Total: | $124.00 | Job Total: | | $124.00 |

| 2 | 1.00 | H0A09290 | B0024111 | | Service Retail | | | $124.00 | $24.80 | $99.20 |

4. VISUALLY INSPECT: Axle and Hubs
5. LUBRICATE SUSPENSION: Grease front and rear suspension components, including but not limited to, tie rods, control arms, and break camshaft
brackets.                    6. CHECK AND ADJUST TIRE PRESSURES

| | | | | | | $0.00 | | $0.00 | $0.00 | |
| | | | Parts Total: | | | | Labor Total: | $124.00 | Job Total: | | $124.00 |

| 3 | 1.00 | H0A09290 | B0024111 | | Service Retail | | | $87.03 | $17.41 | $69.62 |

WINTERIZATION
_X_DRAIN WATER FROM WATER HEATER
_X_OPEN DRAIN VALVE FOR FRESH TANK
_X_RUN ANTIFREEZE THROUGH LINES
_X_FILL P-TRAPS W/ANTIFREEZE
TECH RECOMMENDS:
CORRECTION: Winterize

| 4-1 | | | | | RV ANTIFREEZE -50 DEG. | 3.00 | $3.99 | $0.00 | $3.99 | $0.00 | $11.97 |
| | | | Parts Total: | | | $11.97 | Labor Total: | $87.03 | Job Total: | | $99.00 |

| 4 | 0.50 | H0A09290 | B0024111 | 1015A | Service Retail | | | $45.01 | $9.00 | $36.01 |

[RC (W494)  WINTERER RESIDENTIAL REFRIGERATOR w/ICEMAKER]
CORRECTION: Winterize refrigerator

| 4-1 | | | | | RV ANTIFREEZE -50 DEG. | 1.00 | $3.99 | $0.00 | $3.99 | $0.00 | $3.99 |
| | | | Parts Total: | | | $3.99 | Labor Total: | $45.01 | Job Total: | | $49.00 |

| 5 | 0.00 | H0A09290 | B0024111 | 1015A | Service Retail | | | $0.00 | $0.00 | $0.00 |

CUST STATES D/S FRONT SLIDE DOES NOT COME IN EASILY, SOMETIMES COMES IN CROCKED
CORRECTION: Clean, lubed and adjusted slide and retested

| | | | | | | $0.00 | | $0.00 | $0.00 | |
| | | | Parts Total: | | | | Labor Total: | $0.00 | Job Total: | | $0.00 |

| 6 | 0.00 | H0A09290 | B0024111 | | Service Retail | | | $0.00 | $0.00 | $0.00 |

| Repair | Hrs | VIN | Second VIN | Mech # | Type | | Labor | Discount | Total |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Qty | Ret. Price | Savings | Selling Price | Labor | Ext Discount | Ext Price |

CUST STATES THE P/S REAR COMPARTMENT DOOR LATCH STICK
CORRECTION: Reshim latch and lube

| | | | | | | $0.00 | $0.00 | $0.00 | | |
| | | | | Parts Total: | | | | Labor Total: | $0.00 | Job Total: | | $0.00 |

| 7 | 0.00 | H0A09290 | B0024111 | | Service Retail | | | $0.00 | $0.00 | $0.00 |

CUST STATES THE D/S SECOND COMPARTMENT DOOR FROM FRONT TIRE LATCH IS STICKING
CORRECTION: Shim and lube latch

| | | | | | | $0.00 | $0.00 | $0.00 | | |
| | | | | Parts Total: | | | | Labor Total: | $0.00 | Job Total: | | $0.00 |

| 8 | 0.00 | H0A09290 | B0024111 | | Service Retail | | | $0.00 | $0.00 | $0.00 |

CUST STATES THE COMPARTMENT DOOR SECOND IN FRONT OF THE REAR AXLE, LATCH IS STICKING
CORRECTION: Shim and lube latch

| | | | | | | $0.00 | $0.00 | $0.00 | | |
| | | | | Parts Total: | | | | Labor Total: | $0.00 | Job Total: | | $0.00 |

| 9 | 0.00 | H0A09290 | B0024111 | | Service Retail | | | $0.00 | $0.00 | $0.00 |

CUSTOMER IS RESPONSIBLE FOR ANY DIAGNOSTIC FEES NOT COVERED BY WARRANTY OR INVOLVED IN MAKING AN ESTIMATE.
THIS INCLUDES NO PROBLEM FOUND AND ADJUSTMENTS THAT ARE NOT COVERED BY THE MANUFACTURER AFTER 45 DAYS
FROM DELIVERY DATE.  IF THE CUSTOMER DECLINES REPAIRS THAT ARE DIAGNOSED BY A TECHNICIAN, THE DIAGNOSTIC FEES
WILL THEN BE CHARGED TO THE CUSTOMER.  A MINIMUM DIAGNOSTIC FEE CHARGE IS $65.00 PER OCCURRENCE.
CUSTOMER SIGNATURE_____DATE: _____

| | | | | | | $0.00 | $0.00 | $0.00 | | |
| | | | | Parts Total: | | | | Labor Total: | $0.00 | Job Total: | | $0.00 |

| 10 | 0.00 | H0A09290 | B0024111 | | Service Retail | | | $0.00 | $0.00 | $0.00 |

FILL LP
CORRECTION: FILLED AT N/C PER BRANDON

| | | | | | | $0.00 | $0.00 | $0.00 | | |
| | | | | Parts Total: | | | | Labor Total: | $0.00 | Job Total: | | $0.00 |

| 11 | 1.00 | H0A09290 | B0024111 | | Service Retail | | | $60.98 | $12.20 | $48.78 |

5K MILE GAS ENGINE SERVICE LOF
_X__CHANGE ENGINE OIL
_X__CHANGE OIL FILTER
_X__LUBE CHASSIS
_X__CHECK FLUID LEVELS
_X__CHECK & ADJUST TIRE PRESSURES
TECH RECOMMENDS:

| 86-734GOEM | ANTIFREEZE GOLD EXTENDED LIFE | | 1.00 | $37.61 | $7.55 | $30.06 | $0.00 | $30.06 |
| WWS | WINDSHIELD WASHER FLUID | | 1.00 | $3.99 | $0.60 | $3.39 | $0.00 | $3.39 |
| LF3681 | OIL FILTER FORD V-10 | | 1.00 | $12.75 | $1.91 | $10.84 | $0.00 | $10.84 |
| 441-2 | 5W30 MOTOR OIL | | 7.00 | $3.99 | $0.60 | $3.39 | $0.00 | $23.73 |
| | | Parts Total: | $68.02 | | Labor Total: | $60.98 | Job Total: | | $129.00 |

| 12 | 1.00 | H0A09290 | B0024111 | 884 | Service Retail | | | $85.67 | $17.13 | $68.54 |

75 HOURS GENERATOR SERVICE
**Hours on generator at time of service_____140_____
__X__Replace generator oil
__X__Replace generator oil filter
__X__Replace air filter where applicable
__X__Clean spark arrestor
__X__Inspect generator exhaust system
Tech Recommends:

| 326-5336 | ONAN SAE 15W-40 OIL | | 2.00 | $8.89 | $0.39 | $8.50 | $0.00 | $17.00 |
| 48-2012 | ONAN OIL FILTER | | 1.00 | $13.19 | $1.98 | $11.21 | $0.00 | $11.21 |
| 48-2013 | ONAN AIR FILTER | | 1.00 | $17.79 | $2.67 | $15.12 | $0.00 | $15.12 |
| | | Parts Total: | $43.33 | | Labor Total: | $85.67 | Job Total: | | $129.00 |

| 13 | 1.00 | H0A09290 | B0024111 | 884 | Service Retail | | | $77.00 | $15.40 | $61.60 |

PA STATE INSPECTION- CLASS A GAS MOTORHOME

Tires:15/32
Brakes:LF: 24/B     RF:24/B   LR:16/B      RR:  16/B
Old Sticker#:AI7-3958754
New Sticker#:AI8-2875730
Tech:884

| Repair | Hrs | VIN | Second VIN | Mech # | Type | | Labor | Discount | Total |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Qty Ret. Price | Savings | Selling Price | Ext Discount | Ext Price |
| | | | | | $0.00 $0.00 | $0.00 | $0.00 | | |
| | | | Parts Total: | | Labor Total: | | $77.00 | Job Total: | $77.00 |

| Pay Type | CC # | Amount | | | | | |
|---|---|---|---|---|---|---|---|
| MC CARD | | $646.88 | Parts Total: | $127.31 | Ext Price: | $610.26 | |
| | | | Core Total: | $0.00 | Sales Tax: | $36.62 | |
| | | | Freight Total: | $0.00 | Total: | $646.88 | |
| | | | Sublet Total: | $0.00 | - Deductible: | $0.00 | |
| | | | Labor Total: | $603.69 | - Deposits: | $0.00 | |
| | | | - Labor Discount: | $120.74 | Amount Due: | $646.88 | |
| | | | Other Charges: | $0.00 | Amt Tendered: | $646.88 | |
| | | | Shop Supplies: | $0.00 | Chg Returned: | $0.00 | |
| Signature:_____ | | | Sub Total: | $610.26 | | | |
| I AGREE TO PAY THE ABOVE TOTAL AMOUNT | | | - Parts Discount: | $0.00 | | | |

Cashed Out By: (833) Laurel Santner

Cash Out Date: 2/27/2018

Cash Drawer:   001

REPRINT

DISCLAIMER OF WARRANTIES - Any warranties on the products sold under this repair order are those made by the manufacturer. The seller hereby expressly disclaims all warranties, either express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of said products.  This disclaimer by the Seller, in no way affects the terms of the manufacturer's warranty.I have inspected my vehicle and all repairs are satisfactory. Customer  Signature: x_____   Date: X_____



**Stoltzfus RV's & Marine**
**1335 Wilmington Pike**
**West Chester  PA  USA 19382**
**Phone #:(800) 860-1406**
**Fax #: (610) 399-1436**

Invoice Number: 176024D
Tag Number: 5570
Date and Time In: 11/7/2017 - 10:14 AM
Date and Time Out: 3/6/2018 - 11:56 AM
Promised Date - Time: 11/7/2017 - 10:00 AM
Cashed Out Date: 3/6/2018 - 11:56 AM
Date Appointment Initiated: 3/6/2018
Service Advisor: (1020A) Brandon Hurst

REPRINT

ANTHONY PACK                    335228

Veh Info: 32147   17 CHALLENGER 37TB A  RIVERSIDE
Serial Numbers: 1F66F5DY6H0A09290        CHX37TB0024111

In-Srv: 4/6/2017    Miles/Hrs In:   4301   Out:         Plate #: HH64006
Color  Ex:RIVERSIDE              Int: CITYSCAPE

| Repair INC | Hrs | VIN | Second VIN | Mech # | Type | Qty | Ret. Price | Savings | Labor Selling Price | Discount Ext Discount | Total Ext Price |
|---|---|---|---|---|---|---|---|---|---|---|---|
| I | 0.00 | H0A09290 | B0024111 | | Service Warranty | | | | INC | INC | INC |

CUST STATES NEXT TO THE DINETTE THERE IS A BUBBLE IN THE FLOOR
CAUSE: NEXT TO BLUE TAPE
CORRECTION: repaired by sublet company

| | | | | | |
|---|---|---|---|---|---|
| 0321717 | FLOORING | | | 8.00 | INC |
| FR | Freight & Crate Charges | | | 1.00 | INC |
| Sublet | REPAIR FLOORING | | | 1.00 | INC |
| | | Parts Total: | INC | Labor Total: | INC | Job Total: | INC |

| Pay Type | CC # | Amount |
|---|---|---|
| CASH | | $0.00 |

| | |
|---|---|
| Parts Total: | $0.00 |
| Core Total: | $0.00 |
| Freight Total: | $0.00 |
| Sublet Total: | $0.00 |
| Labor Total: | $0.00 |
| - Labor Discount: | $0.00 |
| Other Charges: | $0.00 |
| Shop Supplies: | $0.00 |
| Sub Total: | $0.00 |
| - Parts Discount: | $0.00 |

| | |
|---|---|
| Ext Price: | $0.00 |
| Sales Tax: | $0.00 |
| Total: | $0.00 |
| - Deductible: | $0.00 |
| - Deposits: | $0.00 |
| **Amount Due:** | **$0.00** |
| Amt Tendered: | $0.00 |
| Chg Returned: | $0.00 |

Signature:_____
I AGREE TO PAY THE ABOVE TOTAL AMOUNT
Cashed Out By: (794) Jessica Ekberg
Cash Out Date:  3/6/2018
Cash Drawer:   200

REPRINT

DISCLAIMER OF WARRANTIES - Any warranties on the products sold under this repair order are those made by the manufacturer. The seller hereby expressly disclaims all warranties, either express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of said products.  This disclaimer by the Seller, in no way affects the terms of the manufacturer's warranty.I have inspected my vehicle and all repairs are satisfactory. Customer  Signature: x_____     Date: X_____



**Stoltzfus RV's & Marine**
1335 Wilmington Pike
West Chester  PA  USA  19382
Phone #:(800) 860-1406
Fax #: (610) 399-1436

Invoice Number: 176024E
Tag Number: 5570
Date and Time In: 11/7/2017 - 10:14 AM
Date and Time Out: 3/6/2018 - 12:00 PM
Promised Date - Time: 11/7/2017 - 10:00 AM
Cashed Out Date: 3/6/2018 - 11:59 AM
Date Appointment Initiated: 3/6/2018
Service Advisor: (1020A) Brandon Hurst

REPRINT

ANTHONY PACK                    335228

Veh Info: 32147   17 CHALLENGER 37TB A  RIVERSIDE
Serial Numbers: 1F66F5DY6H0A09290        CHX37TB0024111

In-Srv: 4/6/2017    Miles/Hrs In:  4301   Out:        Plate #: HH64006
Color  Ex:RIVERSIDE                    Int: CITYSCAPE

| Repair INC | Hrs | VIN | Second VIN | Mech # | Type | | | Labor | Discount | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Qty | Ret. Price | Savings | Selling Price | Ext Discount | Ext Price |
| 1 | 0.00 | H0A09290 | B0024111 | | Service Warranty | | | | INC | INC | INC |

CUST STATES THERE ARE PAINT CHIPS ON P/S REAR COMPARTMENT DOOR AND OVER SPRAY ON D/S SLIDE OUT
CAUSE: NOTED AT DELIVERY
SUBLET PAINT ESTIMATE

| | | | | | |
|---|---|---|---|---|---|
| Sublet | REPAIR AND PAINT COMPARTMENT DOOR | 1.00 | | | INC |
| | Parts Total: | INC | Labor Total: | INC | Job Total: | INC |

| Pay Type | CC # | Amount |
|---|---|---|
| CASH | | $0.00 |

| | |
|---|---|
| Parts Total: | $0.00 |
| Core Total: | $0.00 |
| Freight Total: | $0.00 |
| Sublet Total: | $0.00 |
| Labor Total: | $0.00 |
| - Labor Discount: | $0.00 |
| Other Charges: | $0.00 |
| Shop Supplies: | $0.00 |
| Sub Total: | $0.00 |
| - Parts Discount: | $0.00 |

| | |
|---|---|
| Ext Price: | $0.00 |
| Sales Tax: | $0.00 |
| Total: | $0.00 |
| - Deductible: | $0.00 |
| - Deposits: | $0.00 |
| **Amount Due:** | **$0.00** |
| Amt Tendered: | $0.00 |
| Chg Returned: | $0.00 |

Signature:_____

I AGREE TO PAY THE ABOVE TOTAL AMOUNT

Cashed Out By: (794) Jessica Ekberg
Cash Out Date:  3/6/2018
Cash Drawer:  200

REPRINT

DISCLAIMER OF WARRANTIES - Any warranties on the products sold under this repair order are those made by the manufacturer. The seller hereby expressly disclaims all warranties, either express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of said products.  This disclaimer by the Seller, in no way affects the terms of the manufacturer's warranty.I have inspected my vehicle and all repairs are satisfactory. Customer  Signature: x_____     Date: X_____



**Stoltzfus RV's & Marine**
1335 Wilmington Pike
West Chester  PA  USA  19382
Phone #:(800) 860-1406
Fax #: (610) 399-1436

Invoice Number: 176024F
Tag Number: 5570
Date and Time In: 11/7/2017 - 10:14 AM
Date and Time Out: 3/19/2018 - 9:23 AM
Promised Date - Time: 11/7/2017 - 10:00 AM
Cashed Out Date: 3/19/2018 - 9:22 AM
Date Appointment Initiated: 3/17/2018
Service Advisor: (1020A) Brandon Hurst

ANTHONY PACK                        335228

Veh Info: 32147   17 CHALLENGER 37TB A  RIVERSIDE
Serial Numbers: 1F66F5DY6H0A09290          CHX37TB0024111

In-Srv: 4/6/2017      Miles/Hrs In:        Out:        Plate #: HH64006
Color  Ex:RIVERSIDE              Int: CITYSCAPE

| Repair | Hrs | VIN | Second VIN | Mech # | Type | | Labor | Discount | Total |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | Qty  Ret. Price | Savings | Selling Price | Ext Discount | Ext Price |
| 1 | 0.30 | H0A09290 | B0024111 | 1015A | Service Internal | | INC | INC | INC |

CUST STATES ENTRY DOOR BOTTOM LOCK DOES NOT LOCK
CORRECTION: Tumbler bad. Need to replace lock assembly.
repairs made on line # 25

| | | | Parts Total: | | Labor Total: | INC | Job Total: | | $0.00 |
|---|---|---|---|---|---|---|---|---|---|

| 2 | 0.00 | H0A09290 | B0024111 | | Service Internal | | INC | INC | INC |

CUST STATES THE REAR D/S SLIDE TOP LEFT CORNER TRIM IS BUBBLED/WARPED
CAUSE: SEE GREEN TAPE
CORRECTION: repaired with line # 13

| | | | Parts Total: | | Labor Total: | INC | Job Total: | | $0.00 |
|---|---|---|---|---|---|---|---|---|---|

| 3 | 0.00 | H0A09290 | B0024111 | | Service Internal | | INC | INC | INC |

CUST STATES THERE IS A TEAR IN THE FLOOR UNDER BED
CAUSE: NEXT TO BLUE TAPE
CORRECTION: repaired on line 17

| | | | Parts Total: | | Labor Total: | INC | Job Total: | | $0.00 |
|---|---|---|---|---|---|---|---|---|---|

| 4 | 0.00 | H0A09290 | B0024111 | | Service Internal | | INC | INC | INC |

CUST STATES INFRONT OF THE BUNK ROOM THERE IS A BULGE IN THE FLOOR WHEN SLIDE IS OUT
CAUSE: NEXT TO BLUE TAPE
CORRECTION: repaired on line 17

| | | | Parts Total: | | Labor Total: | INC | Job Total: | | $0.00 |
|---|---|---|---|---|---|---|---|---|---|

| Pay Type | CC # | Amount |
|---|---|---|
| CASH | | $0.00 |

| | |
|---|---|
| Parts Total: | $0.00 |
| Core Total: | $0.00 |
| Freight Total: | $0.00 |
| Sublet Total: | $0.00 |
| Labor Total: | $0.00 |
| - Labor Discount: | $0.00 |
| Other Charges: | $0.00 |
| Shop Supplies: | $0.00 |
| Sub Total: | $0.00 |
| - Parts Discount: | $0.00 |

| | |
|---|---|
| Ext Price: | $0.00 |
| Sales Tax: | $0.00 |
| Total: | $0.00 |
| - Deductible: | $0.00 |
| - Deposits: | $0.00 |
| Amount Due: | $0.00 |
| Amt Tendered: | $0.00 |
| Chg Returned: | $0.00 |

Signature:_____

I AGREE TO PAY THE ABOVE TOTAL AMOUNT

Cashed Out By: (151) Virginia Knox
Cash Out Date:  3/19/2018
Cash Drawer:   No Cashout

REPRINT

DISCLAIMER OF WARRANTIES – Any warranties on the products sold under this repair order are those made by the manufacturer. The seller hereby expressly disclaims all warranties, either express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of said products.  This disclaimer by the Seller, in no way affects the terms of the manufacturer's warranty.I have inspected my vehicle and all repairs are satisfactory. Customer  Signature: x_____      Date: X_____



**Stoltzfus RV's & Marine**
**1335 Wilmington Pike**
(ESOP) Employee Owned
**West Chester  PA  USA  19382**
**Phone #:(800) 860-1406**
**Fax #: (610) 399-1436**

| | |
|---|---|
| Invoice Number: | 176024G |
| Tag Number: | 5570 |
| Date and Time In: | 11/7/2017 - 10:14 AM |
| Date and Time Out: | 5/3/2018 - 9:04 AM |
| Promised Date - Time: | 11/7/2017 - 10:00 AM |
| Cashed Out Date: | 5/3/2018 - 9:04 AM |
| Date Appointment Initiated: | 3/20/2018 |
| Service Advisor: | (1020A) Brandon Hurst |

REPRINT

ANTHONY PACK                          335228

**Veh Info:** 32147   17 CHALLENGER 37TB A  RIVERSIDE
**Serial Numbers:** 1F66F5DY6H0A09290        CHX37TB0024111

**In-Srv:** 4/6/2017   **Miles/Hrs In:**  unk   **Out:**        **Plate #:** HH64006
**Color** Ex:RIVERSIDE       **Int:** CITYSCAPE

| Repair INC | Hrs | VIN | Second VIN | Mech # | Type Qty Ret. Price | Savings | Labor Selling Price | Discount Ext Discount | Total Ext Price |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 0.50 | H0A09290 | B0024111 | 1015A | Service Internal | | INC | INC | INC |

CUSTOMER STATES THE RADIO SCREEN INTERMITTENTLY TURNS OFF FOR A FEW SECONDS WHILE DRIVING, RADIO WILL STILL OUTPUT AUDIO DURING THAT TIME
CAUSE: denied by warranty - part tested good
CORRECTION: 11/30/17 install and wire new stereo and test.

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 0397770 | | RADIO | | | 1.00 | | | | INC |
| FR | | Freight & Crate Charges | | | 1.00 | | | | INC |
| | | | **Parts Total:** | INC | **Labor Total:** | INC | **Job Total:** | | INC |

| 2 | 0.40 | H0A09290 | B0024111 | 1015A | Service Internal | | INC | INC | INC |
|---|---|---|---|---|---|---|---|---|---|

REPLACE ENTRY DOOR LOCK
CAUSE: denied by warranty - keys not returned with part
CORRECTION: Replace entry door lock. Put keys on keyring

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 0374106 | | ENTRY DOOR LOCK ASSY | | | 1.00 | | | | INC |
| FR | | Freight & Crate Charges | | | 1.00 | | | | INC |
| | | | **Parts Total:** | INC | **Labor Total:** | INC | **Job Total:** | | INC |

| Pay Type | CC # | Amount |
|---|---|---|
| CASH | | $0.00 |

| | | | | |
|---|---|---|---|---|
| Parts Total: | $0.00 | | Ext Price: | $0.00 |
| Core Total: | $0.00 | | Sales Tax: | $0.00 |
| Freight Total: | $0.00 | | Total: | $0.00 |
| Sublet Total: | $0.00 | | - Deductible: | $0.00 |
| Labor Total: | $0.00 | | - Deposits: | $0.00 |
| - Labor Discount: | $0.00 | | **Amount Due:** | **$0.00** |
| Other Charges: | $0.00 | | Amt Tendered: | $0.00 |
| Shop Supplies: | $0.00 | | Chg Returned: | $0.00 |
| Sub Total: | $0.00 | | | |
| - Parts Discount: | $0.00 | | | |

Signature:_____

I AGREE TO PAY THE ABOVE TOTAL AMOUNT

Cashed Out By: (151) Virginia Knox
Cash Out Date: 5/3/2018
Cash Drawer:  No Cashout

REPRINT

DISCLAIMER OF WARRANTIES - Any warranties on the products sold under this repair order are those made by the manufacturer. The seller hereby expressly disclaims all warranties, either express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of said products.  This disclaimer by the Seller, in no way affects the terms of the manufacturer's warranty.I have inspected my vehicle and all repairs are satisfactory. Customer  Signature: x_____   Date: X_____

EXHIBIT "G"



**STOLTZFUS**
**RV's AND MARINE**
(ESOP) Employee Owned
West Chester, PA

**Stoltzfus RV's & Marine**
**1335 Wilmington Pike**
**West Chester  PA  USA  19382**
**Phone #:(800) 860-1406**
**Fax #: (610) 399-1436**

Invoice Number: 178835
Tag Number: WAIT
Date and Time In: 2/28/2018 - 2:47 PM
Date and Time Out: 5/8/2018 - 9:59 AM
Promised Date - Time: 2/28/2018 - 2:47 PM
Cashed Out Date: 5/8/2018 - 9:59 AM
Date Appointment Initiated: 2/28/2018
Service Advisor: (1020A) Brandon Hurst

REPRINT

ANTHONY PACK                           335228

Veh Info: 32147   17 CHALLENGER 37TB A  RIVERSIDE
Serial Numbers: 1F66F5DY6H0A09290         CHX37TB0024111

In-Srv: 4/6/2017   Miles/Hrs In:  4301   Out:         Plate #: HH64006
Color  Ex:RIVERSIDE                  Int: CITYSCAPE

| Repair INC | Hrs | VIN | Second VIN | Mech # | | Type | | Labor | Discount | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Qty  Ret. Price | Savings | Selling Price | Ext Discount | Ext Price |
| 1 | 0.30 | H0A09290 | B0024111 | 926 | | Service Warranty | | INC | INC | INC |

CUSTOMER STATES THE DASH RADIO WORK WITHOUT THE GENERATOR ON
CORRECTION: BATTERY DISCONNECT SOLENOID BAD. REPLACED SOLENOID AND TESTED

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 086273-01-000 | | RELAY-BATTERY DISCONNECT w/FUSE HOLDER | | | 1.00 | | | | | INC |
| | | | Parts Total: | | INC | Labor Total: | | INC | Job Total: | INC |
| 2 | 0.20 | H0A09290 | B0024111 | 926 | | Service Warranty | | INC | INC | INC |

CUSTOMER STATE THE COMPARTMENT ON THE DRIVERS SIDE WILL NOT STAY LATCHED
CORRECTION: ADJUSTED COMPARTMENT DOOR CATCH

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Parts Total: | | | Labor Total: | INC | Job Total: | | $0.00 |

| Pay Type | CC # | Amount | | | | |
|---|---|---|---|---|---|---|
| CASH | | $0.00 | Parts Total: | $0.00 | Ext Price: | $0.00 |
| | | | Core Total: | $0.00 | Sales Tax: | $0.00 |
| | | | Freight Total: | $0.00 | Total: | $0.00 |
| | | | Sublet Total: | $0.00 | - Deductible: | $0.00 |
| | | | Labor Total: | $0.00 | - Deposits: | $0.00 |
| Signature:_____ | | | - Labor Discount: | $0.00 | **Amount Due:** | **$0.00** |
| | | | Other Charges: | $0.00 | Amt Tendered: | $0.00 |
| I AGREE TO PAY THE ABOVE TOTAL AMOUNT | | | Shop Supplies: | $0.00 | Chg Returned: | $0.00 |
| | | | Sub Total: | $0.00 | | |
| Cashed Out By: (794) Jessica Ekberg | | | - Parts Discount: | $0.00 | | |
| Cash Out Date:  5/8/2018 | | | | | | |
| Cash Drawer:    SHOW | | | | | REPRINT | |

DISCLAIMER OF WARRANTIES - Any warranties on the products sold under this repair order are those made by the manufacturer. The seller hereby expressly disclaims all warranties, either express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and seller neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of said products.  This disclaimer by the Seller, in no way affects the terms of the manufacturer's warranty.I have inspected my vehicle and all repairs are satisfactory. Customer  Signature:x_____     Date: X_____

# EXHIBIT "H"



**1600 S Hwy 89A**
**Kanab, UT 84741**
**(435) 644-8785**

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 7/2/2018 | 327847 |

SERVICE FOR

ANTHONY PACK

NOW OFFERING
FULL PAINT &
AUTOBODY SERVICE

| TRUCK # | MAKE/YEAR/VIN # | | PO # | MILEAGE |
|---------|-----------------|--|------|---------|
| | 2017 THOR CHALLENGER | | H0A09290 | 7035 |

| QTY | DESCRIPTION | PRICE EACH | AMOUNT |
|-----|-------------|------------|--------|
| 1.5 | TOTAL SHOP LABOR | 95.00 | 142.50 |
| | SHOP SUPPLIES 7% Of Labor | 7.00% | 9.98 |
| | | | |
| | BROUGHT IN FOR VARIOUS ELECTRICAL COMPONENTS | | |
| | NOT WORKING | | |
| | FOUND A BATTERY EYELET HAD NOT BEEN PROPERLY | | |
| | CRIMPED FROM THE FACTORY - PLASTIC HAD CRIMP | | |
| | MARKS BUT HAD NOT BEEN CRIMPED ENOUGH TO | | |
| | SECURE WIRE TO EYELET THEN TAPED OVER - BLACK | | |
| | TAPE WAS THE ONLY THING HOLDING IT TOGETHER | | |

THERE IS A 15% RESTOCKING FEE FOR ALL SPECIAL ORDERS!

THANK YOU FOR YOUR BUSINESS.  WE LOOK FORWARD TO SERVING YOU AGAIN!

I hereby authorize Little's Diesel Service to perform repairs on my vehicle. I understand & agree:
A. I will pay for all repairs performed, parts & materials installed in my vehicle. I will pay for teardown,
inspection & reassembly, even if no repairs are made.
B. All parts & repairs are strictly cash. No checks accepted unless prior arrangements are made.
C. All accounts due & payable upon receipt. A finance charge of 2% or 24% annually will be
charged on all past due accounts along with any collection costs.
D. No warranty on used parts or parts used over. Warranty only covers the repairs
or replacements of parts in question. No labor included.
E. Little's Diesel Service is not responsible for any loss be fire, theft or accidents beyond our control.
F. Little's Diesel Service employees can drive my vehicle for testing and inspection purposes.
G. Little's Diesel Service assumes no responsibility for after market and/or performance Upgrades.

| | |
|--|--|
| **Subtotal** | $152.48 |
| **Sales Tax (6.95%)** | $10.60 |
| **Amount Due** | **$163.08** |

I HAVE READ, UNDERSTOOD & AGREE TO THE TERMS & CONDITIONS STATED ABOVE
SIGNATURE _____

JS 44 (Rev. 06/17)

*MAK*

# CIVIL COVER SHEET

*19-cv-503*

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Anthony James Pack and Katherine E. Pack

### DEFENDANTS
THOR MOTOR COACH

**(b)** County of Residence of First Listed Plaintiff   Montgomery, PA
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant   Elkhart, IN
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Timothy J. Abeel & Associates, P.C.
25 Regency Plaza
Glen Mills, PA 19342

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question *(U.S. Government Not a Party)*
- ☒ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 365 Personal Injury - | ☐ 690 Other | ☐ 423 Withdrawal | ☐ 376 Qui Tam (31 USC |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Product Liability | | 28 USC 157 | 3729(a)) |
| ☐ 140 Negotiable Instrument | Liability / ☐ 367 Health Care/ | | | ☐ 400 State Reapportionment |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & Pharmaceutical | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| & Enforcement of Judgment | Slander Personal Injury | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted | Liability / ☐ 368 Asbestos Personal | | ☐ 835 Patent - Abbreviated | ☐ 460 Deportation |
| Student Loans | ☐ 340 Marine Injury Product | | New Drug Application | ☐ 470 Racketeer Influenced and |
| (Excludes Veterans) | ☐ 345 Marine Product Liability | | ☐ 840 Trademark | Corrupt Organizations |
| ☐ 153 Recovery of Overpayment | Liability **PERSONAL PROPERTY** | | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle / ☐ 371 Truth in Lending | Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ |
| ☒ 190 Other Contract | Product Liability / ☐ 380 Other Personal | ☐ 720 Labor/Management | ☐ 863 DIWC/DIWW (405(g)) | Exchange |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal Property Damage | Relations | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | Injury / ☐ 385 Property Damage | ☐ 740 Railway Labor Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| | ☐ 362 Personal Injury - Product Liability | ☐ 751 Family and Medical | | ☐ 893 Environmental Matters |
| | Medical Malpractice | Leave Act | | ☐ 895 Freedom of Information |
| **REAL PROPERTY** | **CIVIL RIGHTS** **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights **Habeas Corpus:** | ☐ 791 Employee Retirement | ☐ 870 Taxes (U.S. Plaintiff | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting / ☐ 463 Alien Detainee | Income Security Act | or Defendant) | ☐ 899 Administrative Procedure |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment / ☐ 510 Motions to Vacate | | ☐ 871 IRS—Third Party | Act/Review or Appeal of |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Sentence | | 26 USC 7609 | Agency Decision |
| ☐ 245 Tort Product Liability | Accommodations / ☐ 530 General | | | ☐ 950 Constitutionality of |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - / ☐ 535 Death Penalty | **IMMIGRATION** | | State Statutes |
| | Employment **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 446 Amer. w/Disabilities - / ☐ 540 Mandamus & Other | ☐ 465 Other Immigration | | |
| | Other / ☐ 550 Civil Rights | Actions | | |
| | ☐ 448 Education / ☐ 555 Prison Condition | | | |
| | ☐ 560 Civil Detainee - | | | |
| | Conditions of | | | |
| | Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
15 U.S.C. section 2301 et seq.
Brief description of cause:
Breach of Warranty Claim

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $
Repurchase plus attorneys f

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☒ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____   DOCKET NUMBER _____

*FEB - 4 2019*

DATE
1/17/19

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____



**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

19-cv-503

**DESIGNATION FORM**
*(to be used by counsel or pro se plaintiff to indicate the category of the case for the purpose of assignment to the appropriate calendar)*

Address of Plaintiff: _____ 1920 Landis Road, Eagleville, PA 19403 _____

Address of Defendant: _____ 701 County Road 15, Elkhart, IN 46516 _____

Place of Accident, Incident or Transaction: _____ Pennsylvania _____

---

*RELATED CASE, IF ANY:*

Case Number: _____   Judge: _____   Date Terminated: _____

Civil cases are deemed related when *Yes* is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?  Yes ☐  No ☑

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?  Yes ☐  No ☑

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action of this court?  Yes ☐  No ☑

4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?  Yes ☐  No ☑

I certify that, to my knowledge, the within case ☐ is / ☑ is not   related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: 1/17/19 _____
　　　　　　　　 *Attorney-at-Law / Pro Se Plaintiff*　　　　　　 *Attorney I.D. # (if applicable)*

---

**CIVIL: (Place a √ in one category only)**

*A.　Federal Question Cases:*

☐ 1.　Indemnity Contract, Marine Contract, and All Other Contracts
☐ 2.　FELA
☐ 3.　Jones Act-Personal Injury
☐ 4.　Antitrust
☐ 5.　Patent
☐ 6.　Labor-Management Relations
☐ 7.　Civil Rights
☐ 8.　Habeas Corpus
☐ 9.　Securities Act(s) Cases
☐ 10.　Social Security Review Cases
☐ 11.　All other Federal Question Cases
　　　　*(Please specify):* _____

*B.　Diversity Jurisdiction Cases:*

☐ 1.　Insurance Contract and Other Contracts
☐ 2.　Airplane Personal Injury
☐ 3.　Assault, Defamation
☐ 4.　Marine Personal Injury
☐ 5.　Motor Vehicle Personal Injury
☐ 6.　Other Personal Injury *(Please specify):* _____
☐ 7.　Products Liability
☐ 8.　Products Liability – Asbestos
☑ 9.　All other Diversity Cases
　　　　*(Please specify):* _____ Contract _____

---

**ARBITRATION CERTIFICATION**
*(The effect of this certification is to remove the case from eligibility for arbitration.)*

I, _____, counsel of record *or* pro se plaintiff, do hereby certify:

☐　Pursuant to Local Civil Rule 53.2, § 3(c) (2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs:

☐　Relief other than monetary damages is sought.

DATE: _____   _____   _____
　　　　　　　　　　　　　 *Attorney-at-Law / Pro Se Plaintiff*　　　　　　 *Attorney I.D. # (if applicable)*

NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

*Civ. 609 (5/2018)*

MAK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

### CASE MANAGEMENT TRACK DESIGNATION FORM

Anthony J. Pacik
Katherine Pacik.

         :        CIVIL ACTION

    v.       :

Thor Motor Coach    :    NO. 19-CV-503

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a Case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.)  In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a Case Management Track Designation Form specifying the track to which that defendant believes the case should be assigned.

## SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:

(a) Habeas Corpus – Cases brought under 28 U.S.C. § 2241 through § 2255.    ( )

(b) Social Security – Cases requesting review of a decision of the Secretary of Health and Human Services denying plaintiff Social Security Benefits.    ( )

(c) Arbitration – Cases required to be designated for arbitration under Local Civil Rule 53.2.    ( )

(d) Asbestos – Cases involving claims for personal injury or property damage from exposure to asbestos.    ( )

(e) Special Management – Cases that do not fall into tracks (a) through (d) that are commonly referred to as complex and that need special or intense management by the court. (See reverse side of this form for a detailed explanation of special management cases.)    ( )

(f) Standard Management – Cases that do not fall into any one of the other tracks.    (✓)

| 1/17/19 | Timothy J. Abeel, Jr. | Plaintiffs |
|---|---|---|
| **Date** | **Attorney-at-law** | **Attorney for** |
| (888) 830-1474 | (484) 840-8896 | tim@timothyabeel.com |
| **Telephone** | **FAX Number** | **E-Mail Address** |

(Civ. 660) 10/02