# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTHONY JAMES PACK, *et al.* | : CIVIL ACTION |
| | : |
| v. | : NO. 19-503 |
| | : |
| THOR MOTOR COACH | : |

## ORDER

**AND NOW**, this 19th day of April 2019, upon considering Defendant's Motion to dismiss (ECF Doc. No. 3), Plaintiffs' Response (ECF Doc. No. 4), and for reasons in the accompanying Memorandum, it is **ORDERED** Defendant's Motion (ECF Doc. No. 3) is **GRANTED without prejudice** to Plaintiffs filing an amended Complaint consistent with the accompanying Memorandum and Federal Rule of Civil Procedure 11 no later than **May 3, 2019**.

_____
KEARNEY, J.