# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ANTHONY JAMES PACK,** *et al.* | **:** **CIVIL ACTION** |
| **v.** | **:** **NO. 19-503** |
| **THOR MOTOR COACH** | **:** |

# ORDER

**AND NOW**, this 24th day of June 2019, upon considering Defendant's Motion to dismiss the amended complaint (ECF Doc. No. 8), Plaintiffs' Response (ECF Doc. No. 9), and for reasons in the accompanying Memorandum, it is **ORDERED** Defendant's Motion (ECF Doc. No. 8) is **GRANTED in part** and **DENIED in part**:

1. We **deny** Defendant's Motion as to the Magnuson-Moss Act and Pennsylvania Uniform Commercial Code claims, as we cannot presently find Plaintiffs' warranty-based claims are time-barred as a matter of law;

2. We **grant** Defendant's Motion as to claims under the Unfair Trade Practices and Consumer Protection Law based on alleged deceptive acts defined in 73 P.S. § 201-2(4)(vii), (xv), and (xxi) as well as Pennsylvania's "Lemon Law";

3. We **deny** Defendant's Motion under the Unfair Trade Practices and Consumer Protection Law based on alleged deceptive acts defined in 73 P.S. § 201-2(4)(xiv) and (xvi); and,

4. Defendant shall file an answer no later than **July 8, 2019.**

_____
**KEARNEY, J.**